# EXHIBIT A



01/06/2020

WILLIS OF FLORIDA INC
1450 BRICKELL AVE, SUITE 1600
MIAMI, FL 33131

**Attn:** Benjamin Golden

**RE:**  **Insured Name:** **700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)**
   **Policy No.:** **I11166647 001**
   **Company:** **ACE American Insurance Company**

Enclosed please find the original and copies of the captioned policy.  Please check to see that everything is in order, and let us know if there are any discrepancies or if you have any questions.  Attached to this policy is the U.S Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice to Policyholder.


Thank you for working with us on the placement of this risk.  We appreciate your support and look forward to working with you in the future.

Regards,


Mike Merana

*Please be advised that we do not review Certificates of Insurance issued by you, or by any party, relating to this policy of insurance either for content or accuracy.  Accordingly, we request that you do not provide copies of certificates to us for review or for our records.  Authority is granted to you for the limited purpose of issuing **unmodified ACORD Certificates (ACORD 25-S for Casualty and ACORD 24, Accord 27 or Accord 28 for Property and Inland Marine) only**.  It is your responsibility to see that any Certificate provides an accurate representation of the coverage form and endorsements applicable to this policy at the time the Certificate is issued.  **Any modification of the approved ACORD forms specifically set forth above, or the issuance of a non-approved Certificate of Insurance ACORD or other is prohibited.**  Certificates of Insurance are never recognized as endorsements or policy change requests.  You must submit a separate written request if an endorsement or policy change (including but not limited to adding additional insureds, loss payees and mortgagees and/or alteration of notice requirements for cancellation) is requested.  In the event a policy change is requested, the underwriter will advise if the request is acceptable to the Company.*

*One of the CHUBB Group of Insurance Companies*



## *Common Policy Declarations*

Policy Number: I11166647 001

Company Name: ACE American Insurance Company

Named Insured & Mailing Address:

Producer's Name & Address:

**700 Edgewater Development, LLC; dba:**
**700 Edgewater (aka Missoni Baia)**
**4100 N.E. 2nd Ave**
**Miami, FL 33137**

**WILLIS OF FLORIDA INC**
**1450 BRICKELL AVE, SUITE 1600**
**MIAMI, FL 33131**
**278471  -  New**

| General Policy Information | | | |
|---|---|---|---|
| Business Description: | **Developer** | | |
| When Coverage Begins: | **10/31/2019** | 12:01 A.M. Local Time at Named Insured's Address | |
| When Coverage Ends: | **02/16/2022** | 12:01 A.M. Local Time at Named Insured's Address | |

**In return for the payment of premium, and subject to all the terms and conditions of this policy, we agree to provide the insurance as stated in this policy.**

The premium for this policy is indicated below next to the applicable Coverage Form(s).

*Coverage Form*

| | |
|---|---|
| **Quota Share Follow Form Coverage Form ACE0286 (03/10)** | $ 356,537 |
| **TRIPRA** | $ 4,457 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total Premium:** | $ 360,994 |
| **Total Assessments, Fees, Surcharges, Taxes:** | $ 0.00 |
| **Total Amount Due:** | $ 360,994 |
| Minimum Earned Premium: | $ 90,249 |

| Attached Forms Information | See Forms Schedule CPfs2 |
|---|---|

**Authorization Information**

Date: 01/06/2020

JOHN J. LUPICA, President
Authorized Representative

**These Declarations together with the Coverage Declarations, Common Policy Conditions and Coverage Conditions (if applicable), Coverage Form(s) and Forms and Endorsements, if any, issued to form a part thereof, complete the above numbered policy.**

BB-5W58a (09/11)

©Chubb. 2016. All rights reserved.

Page 1 of 1

# *Forms Schedule*

Company: ACE American Insurance Company
SYM:    **IMC**                    Policy ID: **I11166647 001**

| **Policy Period** | When Coverage Begins:  **10/31/2019** | 12:01 A.M. Local Time At Named Insured's Address |
|---|---|---|
| | When Coverage Ends:   **02/16/2022** | 12:01 A.M. Local Time At Named Insured's Address |

| **Applicable to all Coverage Parts** | Form No. and Description<br>**BB-5W58a (09/11)-Common Policy Declarations**<br>**ALL-21101 (11/06)-Trade or Economic Sanctions Endorsement**<br>**TR-45231 (01/15)-Policyholder Disclosure Notice Of Terrorism Insurance Coverage**<br>**ALL-20887 (10/06)-CHUBB Producer Compensation Practices & Policies**<br>**ALL-5X45 (11/96)-Questions About Your Insurance**<br>**IL P 001 (01/04)-U.S. Treasury Departments' Office of Foreign Assets Control ("OFAC") Advisory Notice to Policyholders**<br>**CC-1K11i (02/18)-Signatures** |
|---|---|
| **Commercial Inland Marine** | Form No. and Description<br>**ACE0285 (03/10)-Quota Share Follow Form Policy Declarations**<br>**ACE0286 (03/10)-Quota Share Follow Form - Coverage Form**<br>**ACE0210 (01/08)-Nuclear, Biological, Chemical, Radiological Exclusion**<br>**ALL-10753 (10/01)-Electronic Data Amendment Endorsement**<br>**CM 01 16 (02/12)-Florida Changes**<br>**IL 01 75 (09/07)-Florida Changes - Legal Action Against Us**<br>**IL 02 55 (04/15)-Florida Changes - Cancellation And Nonrenewal**<br>**IL 09 52 (01/15)-Cap on Losses From Certified Acts Terrorism**<br>**ACE0670 (05/11)-Minimum Earned Premium Endorsement**<br>**MS-291218.1 (11/19)-Fungus Exclusion (With Give Back) Endorsement**<br>**MS-291218.2 (11/19)-Liberalization Clause Deleted Endorsement**<br>**MA-608255p (04/15)-Claims Directory Property and Inland Marine** |

Form CPfs2 (12/10)



# QUOTA SHARE FOLLOW FORM POLICY DECLARATIONS

Policy Number:    I11166647 001
Named Insured and Mailing Address:
700 Edgewater Development, LLC; dba:
700 Edgewater (aka Missoni Baia)
4100 N.E. 2nd Ave
Miami , FL  33137

Company Name:   ACE American Insurance Company
Producer's Name and Address:
WILLIS OF FLORIDA INC
1450 BRICKELL AVE, SUITE 1600
MIAMI , FL  33131

## I.  General Policy Information

| | | |
|---|---|---|
| Business Description: | Developer | |
| When Coverage Begins: | 10/31/2019 | 12:01 A.M. Local Time at the Named Insured's Address |
| When Coverage Ends: | 02/16/2022 | 12:01 A.M. Local Time at the Named Insured's Address |

**In return for the payment of premium and subject to all the terms and conditions of this policy, we agree to provide the insurance as stated in this policy.**

## II.  Description of Covered Property:

Ground-up construction of a 56-story condominium building and partially completed, eight-story, concrete parking garage. The building will be comprised of 248 luxury condo units. The parking garage will have 396 parking spaces and will be connected to the condo tower by a pedestrian bridge.

## III.  Limits of Insurance

### *Occurrence* Limit of Insurance

The most we will pay for all loss or damage resulting from all Covered Causes of Loss in any one *occurrence* is:

$62,704,036  being a 25  percentage share of $250,816,144

### Sub-limits of Insurance

If one or more separate Sub-limits of Insurance are contained in the *Followed Policy*, the most we will pay for loss or damage in any one *occurrence* is our percentage share shown above of those Sub-limits of Insurance. Our percentage share of any Sub-limits of Insurance is part of and not in addition to our percentage share of the *Occurrence* Limit of Insurance, shown above.

## IV. Premium                                                  $ 360,994

## V.  Deductibles

If one or more deductibles are contained in the *Followed Policy*, we will not pay for any loss or damage until the applicable deductible(s) have been exhausted. We will then pay our percentage share of loss or damage up to our Limit of Insurance.



**VI. _Followed Policy_:**

_Followed Policy_ Insurer:                Zurich Amercan Insurance Group

_Followed Policy_ Coverage Form:          Zurich Completed Value Builders Risk Coverage Form

_Followed Policy_ Number:                 IM 6846519-00


**VII. Occurrence Definition**

**X**   When an "X" appears in this blank, our definition for _occurrence_ is replaced by the definition of occurrence in the _Followed Policy._

**VIII. Attached Forms**

These Declarations, the forms attached and all endorsements attached and issued on or after the effective date constitute the Policy.


**Date:01/03/2020**

_____
**Authorized Representative**



**QUOTA SHARE FOLLOW FORM
COVERAGE FORM**

**General Information**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meanings. Refer to the definitions section in this Coverage Form.

**A. Coverage**

1.  We will pay you for loss or damage to Covered Property:

    a.   described on the Declarations;

    b.   occurring during the policy period shown on the Declarations; and

    c.   covered by the *Followed Policy.*

    Any changes made to the *Followed Policy* after inception do not apply to us unless we have agreed to the change in writing.

    If there is a change in coverage and/or exposure, we have the right to adjust our premium.

2.  This coverage is subject to the same terms, conditions, warranties, limitations and definitions as the *Followed Policy* except for:

    a.   the premium;

    b.   the Limits of Insurance;

    c.   extension or renewal agreement, if applicable; and

    d.   any exclusions, endorsements and/or modifications in our policy.

**B. Exclusions**

We will not pay for:

1.  Any cause of loss or damage not covered in the *Followed Policy;* and/or

2.  Any loss or damage not covered in endorsements attached to this policy.

**C. Limits of Insurance**

The most we will pay for all loss or damage in any one *occurrence* resulting from a Covered Cause of Loss is our percentage share of the Limit of Insurance shown on the Declarations of our policy.

If the *Followed Policy* contains aggregate Limits of Insurance, the most we will pay for loss or damage in any one *occurrence* and during the policy period is our percentage share of the aggregate Limit(s) of Insurance.

 ©Chubb. 2016. All rights reserved.



If the *Followed Policy* contains one or more Sub-limits of Insurance, the most we will pay in any one *occurrence* is our percentage share of those Sub-limits of Insurance. Our percentage share of any Sub-limits of Insurance is part of and not in addition to our percentage share of the *Occurrence* Limit of Insurance.

**D.  Additional Conditions**

**1.  Application of Recoveries**

All recoveries or payments recovered or received, whether by:

a.   you;

b.   us or the *Followed Policy* insurer;

subsequent to a settlement under this policy, shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between you and us, provided that nothing in this policy shall be construed to mean that loss or damage under this policy are not recoverable until the amount of your loss or damage has been finally ascertained.

**2.  Maintenance of Policies**

a.   If you fail to maintain the *Followed Policy* and/or other policies participating in the same layer of insurance in full force and effect during the term of this policy, our limits of insurance shall apply in the same manner as if such policy or policies are in full force and effect.

b.   If the *Followed Policy* and/or other policies participating in the same layer of insurance is cancelled for any reason during the Policy Period, our limits of insurance shall apply in the same manner as if such policy or policies*,* are in full force and effect.

**3.  Uncollectibility**

a.   The insurance provided by this Policy shall always be a percentage share of the *Occurrence* Limit of Insurance, whether or not you can collect (in whole or in part) from the *Followed Policy* or others, for any reason, including, but not limited to, the financial impairment or insolvency of any insurer.

b.   Your inability to collect (in whole or in part) from other insurance, whether because of financial impairment or insolvency of the *Followed Policy* or others, or for any other reason, is entirely retained by you and is not in any way or under any circumstances covered or assumed by us.

**4.  Notification of Claims**

Upon knowledge of any *occurrence* likely to give rise to a claim hereunder, you shall give immediate written notice to us.

**5.  Other Insurance**

If other insurance is available to you covering loss or damage covered by this policy (other than a policy that is written either specifically to apply in excess of this policy or shares a layer with this policy), the insurance provided by this policy shall apply as excess of and shall not contribute with such other insurance.

**6.  Loss Payment**

It is specifically agreed that in the event of loss or damage covered by this policy, we will pay you provided the *Followed Policy* insurer has paid or has agreed to pay the total amount of its coverage.

ACE0286 (03/10)             ©Chubb. 2016. All rights reserved.             Page 2 of 3



**E. Definitions**

1. *Followed Policy* shall mean the policy listed in Part VI. of the Declarations and designated *Followed Policy*. The *Followed Policy* provides part of the coverage, including a deductible or self-insured retention. The coverage in this policy is subject to the same terms, conditions, warranties, limitations and definitions as the *Followed Policy* except for our percentage share.

2. *Occurrence* means all loss or damage that are attributable directly or indirectly to one cause, event, incident or repeated exposure to the same cause, event, or incident, or to one series of similar causes, events, incidents or repeated exposures to the same cause, event or incident, first occurring during the policy period. All such loss or damage and the total amount of such loss or damage will be treated as one *occurrence* irrespective of the period of time or area over which such loss or damage occurs, unless a specific period of time is otherwise set forth herein.

©Chubb. 2016. All rights reserved.

# NUCLEAR, BIOLOGICAL, CHEMICAL, RADIOLOGICAL
# EXCLUSION ENDORSEMENT

| Named Insured 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol IMC | Policy Number I11166647 001 | Policy Period 10/31/2019 **to** 02/16/2022 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) ACE American Insurance Company | | | |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**

The following exclusions are added to your Policy or Coverage Part.

This insurance does not apply to:

**A.** Loss or damage arising directly or indirectly from nuclear detonation, reaction, nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy or Coverage Part, however such nuclear detonation, reaction, nuclear radiation or radioactive contamination may have been caused. This exclusion replaces any other nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination exclusions found elsewhere in this Policy.

**B.** Loss or damage arising directly or indirectly from the dispersal, application or release of, or exposure to, chemical, radiological, or biological materials or agents, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy or Coverage Part, however such dispersal, application, release or exposure may have been caused.

**C.** If this endorsement is attached to a Commercial Inland Marine Policy or Coverage Part, the term loss or damage is changed to Loss.

**ACE 0210 (01/08)** ©Chubb. 2016. All rights reserved. **Page 1 of 1**

# ELECTRONIC DATA AMENDMENT ENDORSEMENT

| Named Insured | Endorsement Number |
|---|---|
| 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| IMC | I11166647 001 | 10/31/2019 **to** 02/16/2022 | |

| Issued By (Name of Insurance Company) |
|---|
| ACE American Insurance Company |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**

A. When this endorsement is attached to the Standard Property Policy the term Coverage Part in this endorsement is replaced by the term Policy.

B. This endorsement replaces and supersedes any and all contrary policy provisions. This policy does not insure against loss, damage, destruction, distortion, erasure, corruption, alteration, diminishment in value, or loss of use or usefulness of:

1. "Electronic Data" by any cause whatsoever (including but not limited to "Computer Virus"); and/or

2. "Electronic Media" caused by or resulting from the loss, damage, destruction, distortion, erasure, corruption, alteration, diminishment in value, or loss of use or usefulness of "Electronic Data";

regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, destruction, distortion, erasure, corruption, alteration, diminishment in value, or loss of use or usefulness of "Electronic Data" or "Electronic Media".

This exclusion does not apply to loss or damage to "Electronic Data" or "Electronic Media" caused by or resulting from the Perils of Fire; Lightning; Explosion; Windstorm or Hail; Smoke; Aircraft or Vehicles; Riot and Civil Commotion; Willful or malicious physical loss or damage by a means other than computer virus; Leakage from fire extinguishing equipment; Sinkhole collapse; Falling Objects, Weight of snow, ice or sleet, Water Damage; Building glass breakage; Sonic Boom; Flood, Earth Movement or Volcanic Action, if and to the extent such Perils are already covered by this or by any underlying policy.

C. As respects the Commercial Property Coverage Part, the Valuation Loss Condition is replaced by the following with respect to "Electronic Media" or "Electronic Data":

"Electronic Media" or "Electronic Data" shall be valued at the cost of the blank media plus the costs of copying or restoring "Electronic Data" from back-up or from originals of a previous generation, and including all reasonable and necessary amounts, not to exceed $2,500 any one occurrence, incurred in recreating, gathering and assembling such "Electronic Data".

This Policy does not insure any amount pertaining to the value of such "Electronic Data" to the insured or any other party, even if such "Electronic Data" cannot be recreated, gathered or assembled.  If not repaired, replaced or restored, "Electronic Media" shall be valued at the cost of the blank media.

D.  As respects the Commercial Inland Marine Coverage Part, the Valuation General Condition is replaced by the following with respect to "Electronic Media" or "Electronic Data":

"Electronic Media" or "Electronic Data" shall be valued at the cost of the blank media plus the costs of copying or restoring "Electronic Data" from back-up or from originals of a previous generation, not including research and engineering or the costs or expense of recreating, gathering or assembling such "Electronic Data".

This Policy does not insure any amount pertaining to the value of such "Electronic Data" to the insured or any other party, even if such "Electronic Data" cannot be recreated, gathered or assembled.  If not repaired, replaced or restored, "Electronic Media" shall be valued at the cost of the blank media.

E.  Definitions

1.  "Electronic Data" means facts, concepts, information or data, including compilations thereof, in a form useable or intended for use or processing by "Computers" or for storage on "Electronic Media". "Electronic Data" includes but is not limited to files, programs, applications, operating systems, and other coded instructions for the processing, calculation and storage of facts, concepts and information by "Computers".

2.  "Electronic Media" means any physical device that holds, stores, contains or transfers "Electronic Data", and includes but is not limited to disks, drives, films, tapes, records, drums, or cells.

3.  "Computers" includes but is not limited to mainframes, servers, workstations and portable "Computers", personal information managers, wide and local area network hardware, electronic and electromechanical equipment, data processing equipment, electronic controls for machinery, electronically programmed memory chips, and electronically controlled communication equipment.

4.  "Computer Virus" means instructions, code, applications or any software program that has the ability or is suspected to have the ability to damage, destroy, erase, corrupt, alter, or prevent access to "Electronic Data", "Electronic Media" or "Computers" or to disrupt or interfere with the operations of "Computers".

---

**Authorized Agent**

# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

| Named Insured | Endorsement Number |
|---|---|
| 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| IMC | I11166647 001 | 10/31/2019 **to** 02/16/2022 | |

| Issued By (Name of Insurance Company) |
|---|
| ACE American Insurance Company |

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, but not limited to, the payment of claims.  All other terms and conditions of policy remain unchanged.

_____
Authorized Agent

ALL-21101 (11-06) Ptd. In U.S.A.

**COMMERCIAL INLAND MARINE**
**CM 01 16 02 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

    **5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

        **a.** 20 days after we receive the sworn proof of loss and reach written agreement with you; or

        **b.** 30 days after we receive the sworn proof of loss and:

            **(1)** There is an entry of final judgment; or

            **(2)** There is a filing of an appraisal award with us.

Paragraph **A.** does not apply to the Mail Coverage Form.

**B**. The following provisions are added to Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions:

    **1.** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this Coverage Part within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

    This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this Coverage Part under the Legal Action Against Us Condition, including any amendment to that condition.

    **2.** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**CM 01 16 02 12**         © Insurance Services Office, Inc., 2011         **Page 1 of 1**

**IL 01 75 09 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

 © ISO Properties, Inc., 2006

IL 02 55 04 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2. Cancellation For Policies In Effect 90 Days Or Less**

   **a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

         **(a)** A material misstatement or misrepresentation; or

         **(b)** A failure to comply with underwriting requirements established by the insurer.

   **b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

   **c.** We may not cancel:

      **(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

      **(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

IL 02 55 04 15 © Insurance Services Office, Inc., 2014 **Page 1 of 4**

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(8)** The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

**(4)** 120 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

**c.** If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

© Insurance Services Office, Inc., 2014   **IL 02 55 04 15**

**D.** The following is added:

**Nonrenewal**

1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

   **a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.;** or

   **b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless Subsection **c.** or **d.** applies.

   **c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706, Florida Statutes, then this subsection, **c.,** does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

   **d.** 120 days prior to the effective date of nonrenewal if the first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

   **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

   **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

      **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

      **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

   **c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

4. Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

5. Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   **a.** Except as provided in Paragraph **E.1.b.,** we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

IL 02 55 04 15 © Insurance Services Office, Inc., 2014 **Page 3 of 4**

**b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

 © Insurance Services Office, Inc., 2014 **IL 02 55 04 15**

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15 © Insurance Services Office, Inc., 2015 **Page 1 of 1**



700 Edgewater Development, LLC; dba:
700 Edgewater (aka Missoni Baia)
Policyholder

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury---in consultation with the Secretary of Homeland Security, and the Attorney General of the United States---to be an act of terrorism; to be a  violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of  certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.  Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $4,457 , and does not include any charges for the portion of losses covered by the United States government under the Act.

**MINIMUM EARNED PREMIUM ENDORSEMENT**

| Named Insured<br>700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol<br>IMC | Policy Number<br>I11166647 001 | Policy Period<br>10/31/2019 **to**  02/16/2022 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>ACE American Insurance Company | | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:**

**COMMERCIAL INLAND MARINE COVERAGE PART**

If you cancel this policy before the expiration date of the policy, we will charge you a minimum earned premium, as set forth below. If we cancel the policy, no minimum earned premium applies.

The minimum earned premium for this policy is $90,249

If you cancel the policy, we will calculate the return premium as set forth in the Common Policy Conditions, the policy Reporting Endorsement, if any, and amendatory endorsements, if any, attached to this policy. After we determine your return premium we will subtract it from the policy term premium to determine the earned premium.

We will then compare our earned premium to the minimum earned premium above. If the earned premium is less than the minimum earned premium, we will return to you the difference between the policy term premium and the minimum earned premium. If the earned premium is more than the minimum earned premium, we will return to you the difference between the policy term premium and the earned premium determined as set forth in the Common Policy Conditions, the policy Reporting Endorsement, if any, and amendatory endorsements, if any, attached to this policy.

All other terms and conditions remain unchanged.

ACE0670 (05/11)                    ©Chubb. 2016. All rights reserved.                    Page 1 of 1



**Chubb Producer Compensation**
**Practices & Policies**

Chubb believes that policyholders should have access to information about Chubb's practices and policies related to the payment of compensation to brokers and independent agents.  You can obtain that information by accessing our website at http://www.chubbproducercompensation.com or by calling the following toll-free telephone number: 1-866-512-2862.



# Questions About Your Insurance?

Answers to questions about your insurance, coverage information, or assistance in resolving complaints can be obtained by calling Chubb, Customer Support Service Department, at 1-800-352-4462.

ALL-5X45 (11/96) Ptd. in U.S.A.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

   © ISO Properties, Inc.,  2004

**CHUBB**

## FUNGUS EXCLUSION (WITH GIVE BACK) ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | | | |
| Policy Symbol<br>IMC | Policy Number<br>I11166647 001 | Policy Period<br>10/31/2019  to  02/16/2022 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>ACE American Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**QUOTA SHARE FOLLOW FORM COVERAGE FORM**

For the purposes of this policy, it is understood and agreed that the following changes are made with respect to the *Followed Policy* Coverage Form:

In **Part C. Exclusions**, paragraph **2. i. Fungus**, of the **Zurich Completed Value Builders Risk Coverage Form** U-PBR-0100-B CW (01/17) is deleted and replaced by the following:

**i.   Fungus**

Loss or damage consisting of, directly or indirectly caused by, contributed to or aggravated by the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria, including any expense to remediate the presence or effects of any of the foregoing, unless resulting directly from a "covered cause of loss".

However, if the "fungus" was caused by a "covered cause of loss", the Company will pay the reasonable and necessary expenses to:

**(1)**   Test for, monitor or assess the existence, concentration or effects of "fungus", wet rot, dry rot or bacteria;

**(2)**   Tear out and replace any part of Covered Property needed to gain access to the "fungus", wet rot, dry rot or bacteria; and

**(3)**   Clean up, remove or remediate "fungus", wet rot, dry rot or bacteria.

The most the Company will pay for the cost to repair, rebuild or replace the Covered Property damaged by that "fungus", wet rot, dry rot or bacteria, is $250,000, which is 25% of $1,000,000 per "occurrence" and Annual Aggregate Limit of Liability. Such limit of liability is part of, and not in addition to, the applicable Policy Limit of Liability.

At the Insured's expense, the Insured must take all reasonable means to save and preserve property from further damage at the time of and after the discovery of the "fungus", wet rot, dry rot or bacteria.

The expenses will be paid only if they are reported to the Company in writing within 30 days of the date on which "fungus", wet rot, dry rot or bacteria is first discovered.

All Other Terms And Conditions Remain Unchanged.

_____
Authorized Representative



# LIBERALIZATION CLAUSE DELETED ENDORSEMENT

| Named Insured<br>700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol<br>IMC | Policy Number<br>I11166647 001 | Policy Period<br>10/31/2019 to 02/16/2022 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>ACE American Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**QUOTA SHARE FOLLOW FORM COVERAGE FORM**

For the purposes of this Policy, it is understood and agreed that the following changes are made with respect to the *Followed Policy* Coverage Form:

The **Zurich Completed Value Builders Risk General Conditions,** form   U-PBR-0010-B CW (01/17) is amended as follows:

Item **P. Liberalization Clause** is deleted in its entirety.

All Other Terms And Conditions Remain Unchanged.

_____
Authorized Representative



# Claims Directory
# Property and Inland Marine

**Claims or Loss Notices related to this policy should be reported to the following:**

| Claim Office | Email and Fax | Location |
|---|---|---|
| Chubb North American Claims | First Notices Email:<br>ChubbClaimsFirstNotice@Chubb.com<br><br>First Notices Fax:<br>    (877)-395-0131 (Toll Free)<br>    (302)-476-7254 (Local)<br><br>Phone:<br>    (800)-433-0385 - Business Hours<br>    (800)-523-9254 – After Hours | P.O. Box 5122<br>Scranton, PA<br>18505-0554 |

MA-608255p (04/15)  ©Chubb. 2016. All rights reserved.  Page 1 of 1



## SIGNATURES

| Named Insured | Endorsement Number |
|---|---|
| **700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)** | |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| **IMC** | **I11166647 001** | **10/31/2019 to 02/16/2022** | |

| Issued By (Name of Insurance Company) |
|---|
| **ACE American Insurance Company** |

THE ONLY COMPANY APPLICABLE TO THIS POLICY IS THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

CC-1K11i (02/18)