Allianz Global Corporate & Specialty®

# Insurance policy

## Commercial Lines Policy

