# EXHIBIT C



Date: **May 19, 2020**

To: **Ben Golden**
**Willis of Florida, Inc**
**1450 Brickell Ave, Ste 1600**
**Miami, FL 33131**

Re: **700 Edgewater Development, LLC**
**dba: 700 Edgewater (aka Missoni Baia)**
**42-PBR- 309265-01**
**Policy Period: 10/31/2019 – 02/16/2022**

---

Dear Ben:

Attached please find the Final Policy for 700 Edgewater Development, LLC.

Thank you for placing your business with Berkshire Hathaway Specialty Insurance.  We value our relationship with Willis and look forward to working with you on future accounts.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Neal den Exter
770.871.3009
Neal.denexter@bhspecialty.com

500 Northpark Town Center          Atlanta, GA 30328          www.bhspecialty.com



# Claims Reporting

**All claims under policies underwritten by Berkshire Hathaway Specialty Insurance should be reported to our centralized Loss Processing Center. Claims will be assigned to our technical staff or to one of our preferred service providers.**

## FOR EMERGENCY CONTACT

Our 24-hour toll free number:  **855.453.9675**

## FOR NON-EMERGENCY

Claims may be reported via email to: **claimsnotice@bhspecialty.com**

Claims may also be reported via fax to: **617.507.8259**

Claims may also be reported via mail; visit BHSI's Claims tab on the web for our mailing address:
**www.bhspecialty.com/claims-reporting.html**

### EXPECT A PERSONAL APPROACH

While technology adds speed and efficiencies, it is top-quality people that drive top-quality claims handling. That's why we continue to grow our industry-leading claims team with the  most experienced claims professionals in the business.

Moreover, at Berkshire Hathaway Specialty Insurance, our claims team makes communicating proactively with you throughout the claims process a priority.   Should you face a claim, you will quickly see our response is not about drafting letters, it's about a having a dialogue--and responding to your particular needs and concerns.

Whether you face a D&O claim, a property loss, a large scale casualty crisis, or allegations of healthcare professional negligence, you will have the experts you need at your service. Putting your policy to work for you.

**Berkshire Hathaway Specialty Insurance**

### NATIONAL FIRE & MARINE INSURANCE COMPANY

1314 Douglas Street, Suite 1400
Omaha NE 68102-1944

## Builders Risk

## Common Policy Declarations

This Declarations Page is attached to and forms part of the Policy

| Policy No.: 42-PBR-309265-01 | Renewal of: NEW |
| --- | --- |

| Item 1. | Named Insured: | 700 Edgewater Development, LLC<br>dba: 700 Edgewater (aka Missoni Baia) |
| --- | --- | --- |
| | Mailing Address: | 4100 NE 2nd Ave Ste 307<br>Miami,FL, 33137 |

| Item 2. | Policy Period: | From: October 31, 2019 12:01 a.m. to February 16, 2022 12:01 a.m.<br>Both days at 12:01 am local standard time at the address of the Named Insured. |
| --- | --- | --- |

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT BY ENDORSEMENT.**

| Item 3. | Builders Risk Coverage Part | Total Insurable Values: $250,816,144 | | |
| --- | --- | --- | --- | --- |
| | | | Property Premium: | $356,668 |
| | | | TRIA Premium: | $4,326 |
| | | Policy Form: As attached<br>Policy No. IM 6846519-00<br>Issued by "Zurich American Insurance Company" | Total: | $360,994 |
| | | | Minimum Earned: | $90,249 |

**Berkshire Hathaway**
**Specialty Insurance**

| Item 4. | Participation: | **(a)** National Fire & Marine Insurance Company's Limit(s) of Liability applicable to this Policy is as follows: |
|---|---|---|

$62,704,036 being 25% of the layer: $250,816,144 excess of $deductibles per **occurrence;**

**Total Limit of Liability (all layers) of National Fire & Marine Insurance Company (per occurrence):** $62,704,036

**(b)** Additional Sublimits and Aggregate Limits applicable to this Policy: As described in the policy form to which these Declarations are attached.

National Fire & Marine Insurance Company shall not be liable for more than its proportionate share of each layer(s) shown in the above, for any one **occurrence** except the Company's liability shall not exceed its proportionate share of any of the specific sublimits of liability for any one **occurrence** or in the Aggregate as designated in the attached policy form to which these Declarations are attached. These sublimits are part of, and not in addition to, the Limit(s) of Liability stated above.

| Item 5. | Endorsements attached hereto: | ☒ ADDENDUM A: ENDORSEMENT AGREEMENT |
|---|---|---|
| | | ☒ Violation of US Laws or Sanctions Endorsement: BR-ME-010-07/2014 |
| | | ☒ Cap on Losses from Certified Acts of Terrorism Endorsement: BR-ME-013-01/2015 |
| | | ☒ Biological or Chemical Substances Exclusion Endorsement: BR-ME-011-07/2014 |

This policy is comprised of this Declarations page, the policy form and the schedules and endorsements, if any, attached at inception or during the Policy Period.  Nothing is to be inferred, and no coverage, rights or obligations are provided or imposed, regarding any endorsements listed above that are not checked off above or otherwise not issued for this policy.

Service of Suit may be made upon: Counsel, Legal Department, National Fire & Marine Insurance Company, 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944

In the event of a claim, please notify the following:  By mail – please visit our website (www.bhspecialty.com/claims-reporting.html); By email – claimsnotice@bhspecialty.com; By phone – 855-453-9675; or by fax – 617-507-8259

_____
**Secretary**

_____
**President**

*05/19/2020*



**Berkshire Hathaway
Specialty Insurance**

**ADDENDUM A**

**NATIONAL FIRE & MARINE INSURANCE COMPANY**

**ENDORSEMENT AGREEMENT**

Pursuant to Sections **F.** and **G.** In the **Quota Share Provision Endorsement** (U-ZBR-0405-B CW 01/15) attached to the Lead Insurer Zurich America Insurance Company's policy (No. IM 6846519-00), it is hereby agreed and understood by each of the Subscribing Insurers and the Insured that the below listed and attached endorsements are added to National Fire & Marine Insurance Company's ("NFM") policy (No. 42-PBR-309265-01) and applies in all respects to NFM's pro rata percentage share.

- Endorsement BH-1: Violation of US Laws Or Sanctions Endorsement
- Endorsement BH-2: Cap On Losses From Certified Acts of Terrorism
- Endorsement BH-3: Biological Or Chemical Substances Exclusion Endorsement

| Insurer | Percent Subscribed | Policy Number | Authorized Signature of Insurer |
|---|---|---|---|
| Zurich America Ins. Co. | 25% | IM 6846519-00 | *Robert S. Hammett* |
| Allianz Global Risks US Insurance Company | 25% | USE00079719 | |
| ACE American Insurance Company | 25% | I11166647 001 | |
| National Fire & Marine Insurance Company | 25% | 42-PBR-309265-01 | |

| Insured | Authorized Signature of Insured |
|---|---|
| 700 Edgewater Development. LLC; dba: 700 Edgewater (aka Missoni Baia) | |

85 Broad Street  •  7th Floor  •  New York, NY 10004  •  www.bhspecialty.com



**ENDORSEMENT BH-1**

| | |
|---|---|
| This endorsement, effective 12:01 AM: | **October 31, 2019** |
| Forms a part of Policy No.: | **42-PBR-309265-1** |
| Issued to: | **700 Edgewater Development, LLC** |
| By: | **NATIONAL FIRE & MARINE INSURANCE COMPANY** |

# VIOLATION OF US LAWS OR SANCTIONS ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The following CONDITION is added to the policy:

This policy does not provide any coverage, however, for any property, location, interest, loss, cost, expense, damage or claim that would be in violation of any United States of America laws or sanctions, including, but not limited to, any sanctions administered and enforced by the United States Treasury Department's Office of Foreign Assets Control ("OFAC").

All other terms and conditions of the policy remain unchanged.



**ENDORSEMENT BH-2**

This endorsement, effective 12:01 AM:     **October 31, 2019**
Forms a part of Policy No.:     **42-PBR-309265-1**
Issued to:     **700 Edgewater Development, LLC**
By:     **NATIONAL FIRE & MARINE INSURANCE COMPANY**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Calendar Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

All other terms and conditions of this policy remain unchanged.





**ENDORSEMENT BH-3**

This endorsement, effective 12:01 AM:     **October 31, 2019**
Forms a part of Policy No.:     **42-PBR-309265-1**
Issued to:     **700 Edgewater Development, LLC**
By:     **NATIONAL FIRE & MARINE INSURANCE COMPANY**

# BIOLOGICAL OR CHEMICAL SUBSTANCES EXCLUSION ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The following Exclusion is added to the policy:

This policy does not provide any coverage for any loss, cost, expense or damage of any nature, however caused, directly or indirectly arising out of, resulting from, or in any way related to the actual or suspected presence or threat of any pathogenic or poisonous biological or chemical substance or material of any kind, including, but not limited to, any malicious use of such substance or material, whether isolated or wide-spread, regardless of any other cause or event contributing at the same time or in any sequence.

All other terms and conditions of the policy remain unchanged.

www.bhspecialty.com

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

# Commercial Inland Marine – Common Declarations



## Zurich American Insurance Company

**Administrative Offices: 1299 Zurich Way**
**Schaumburg, Illinois 60196**

**Policy No.:  IM 6846519-00**

**Renewal Of Policy No.:  NEW**

**Named Insured and Mailing Address**

**700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)**
**4100 NE 2nd Ave**
**Miami, FL 33137**

**Producer and Mailing Address**

**Willis of Florida, Inc.**
**1450 Brickell Ave, Ste 1600**
**Miami, FL 33131**

**Producer Code: 11-263-000**

**Policy Period: (Mo. Day Yr.)**

**From   October 31, 2019**     **To   February 16, 2022**     12:01 A.M.
Standard Time     As may be further described in the Policy terms and conditions.

| Policy Coverage, Premium, Taxes, Fees And Surcharges  Summary: | | |
|---|---|---|
| Zurich Completed Value Builders Risk Coverage Form | **Premium** | **$360,994** |
| | | |
| **Premium does not include Taxes, Fees and Surcharges. Premium may be subject Taxes, Fees and Surcharges** | **Total Premium** | **$360,994** |

The forms(s) and endorsement(s) made a part of this Policy at the time of issue are listed on the **Commercial Inland Marine – Schedule Of Forms And Endorsements**.

U-CIM-D-110-A-CW (01/17)

# Important Notice – In Witness Clause



In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President

Corporate Secretary

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

U-GU-319-F  (01/09)
Page 1 of 1

# Commercial Inland Marine – Schedule Of Forms And Endorsements



| Policy Number: | IM 6846519-00 | | |
|---|---|---|---|
| Insuring Company: | Zurich American Insurance Company | | |
| Named Insured: | 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | | |
| Producer Name: | Willis of Florida, Inc. | | Producer No.: 11-263-000 |
| Policy Effective Date: | 10/31/2019 | 12:01 A.M. Standard Time | As may be further described in the Policy terms and conditions |

| Form Number | Form Name |
|---|---|
| U-CIM-D-110-A-CW (01/17) | Commercial Inland Marine – Common Declarations |
| U-GU-319-F (01/09) | In Witness Clause |
| U-CIM-320-A CW (01/17) | Commercial Inland Marine - Schedule of Forms and Endorsements |
| U-PBR-D-0001-B CW (01/17) | Zurich Completed Value Builders Risk Declarations |
| U-PBR-0010-B CW (01/17) | Zurich Completed Value Builders Risk General Conditions |
| U-PBR-0100-B CW (01/17) | Zurich Completed Value Builders Risk Coverage Form |
| U-PBR-0321-A CW (01/17) | Amendment to Flood and Named Storm Definitions |
| U-ZBR-0301-A CW (01/15) | Delay in Completion Coverage |
| U-ZBR-0307-B CW (01/17) | Cost Of Correcting Or Making Good Exclusion Amendment |
| U-ZBR-0405-B CW (01/15) | Quota Share Provision |
| U-GU-630-D CW (01/15) | Disclosure of Premium (Relating to Disposition of TRIA) |
| U-GU-767-B CW (01/15) | Endorsement A: Cap On Losses From Certified Acts Of Terrorism |
| U-GU-1147-B CW (01/16) | Fraud Warnings Disclosure Property and Casualty Application Addendum |
| U-GU-1191-A CW (03/15) | Sanctions Exclusion Endorsement |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Zurich Completed Value Builders Risk Declarations



| 1.0 | **Policy Number:** | **IM 6846519-00** |
|---|---|---|

| 2.0 | **Insuring Company:** | **Zurich American Insurance Company** |
|---|---|---|

| 3.0 | **Named Insured:** | **700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)** |
|---|---|---|
| | **Mailing Address:** | **4100 NE 2nd Ave** |
| | **City, State, Zip:** | **Miami, FL 33137** |

Named Insured shall also include any subsidiary and affiliated companies owned or majority controlled by the first Named Insured, as now exist or may hereafter be constituted or acquired.

| 4.0 | **Additional Insureds:** |
|---|---|

OKO Group LLC; Cain International LLC; Fortune International LLC Security Benefit Corporation, As Agent; Attn: Douglas Schneider

When any Named Insured is party to a written contract or agreement that requires owners, contractors, subcontractors, tenants at the "project site", architects, engineers, manufacturers, suppliers or any other legal entity to be identified as an additional insured for an "insured project", this Policy includes the legal entity as an additional insured, and then only as to their respective financial interest in the Covered Property. As respects manufacturers and suppliers, their interest is limited to their respective financial interest in the Covered Property at the "project site" only.

Additional Insureds may also be endorsed to this Policy.

| 5.0 | **Mortgage Holders/Lender's Loss Payees And Loss Payees:** |
|---|---|

| Name and Mailing Address | Interest |
|---|---|
| **Security Benefit Corporation, As Agent; Attn: Douglas Schneider One Security Benefit Place; Topeka, KS 66636-0001** | ☒ Mortgage Holder/Lender's Loss Payee<br><br>☒ Loss Payee |
| | ☐ Mortgage Holder/Lender's Loss Payee<br>☐ Loss Payee |

Mortgage Holders, Lender's Loss Payees or Loss Payees for an "Insured Project" may also be shown as per Schedule on file with the Company.

| 6.0 | **Policy Term:** | From:   10/31/2019 | To:      02/16/2022 | 12:01 A.M. at the "project site" |
|---|---|---|---|---|

| 7.0 | **Project Site:** |
|---|---|

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Southeast and Southwest Corner of NE 26th Terrace and NE 5th Ave, Miami, FL 33137

**8.0**   **Project Details (including Project Name and Contract Number as applicable):**

Ground-up construction of 56-story condominium building and partially completed, eight-story, concrete parking garage. The building will be comprised of 248 luxury condo units, the parking garage will have 396 parking spaces and will be connected to the condo tower by a pedestrian bridge.

**9.0**   **Excluded Property And Work:**

Not Applicable

**10.0**   **Estimated Project Premium:**

| $100M NS Limit | Rating Base | Annual Rate | Length of Policy Term | Deposit Premium |
|---|---|---|---|---|
| **Builders Risk Property** | **$212,816,144** | **0.2324 / $100** | **2.30 years** | **$ 1,137,742** |
| **Delay in Completion** | **$38,000,000** | **0.3054 / $100** | **2.30 years** | **$ 266,912** |
| **Cost of Making Good (LEG3)** | **Various** | **Various** | **2.30 years** | **$ 22,017** |
| **Terrorism** | **$250,816,144** | **5 %** | **2.30 years** | **$ 17,305** |
| **Local & State Assessments, Taxes or Surcharges** | | | | **$-** |
| **Total Deposit Premium (TDP)** | | | | **$ 1,443,976** |
| **Risk Engineering Services** | | | | **$ 20,000** |
| **Zurich share (25% + RE Svc)** | | | | **$380,994** |
| **Minimum and Earned Premium** | | | | **25% of TDP** |

**11.0**   **Total Project Value:**

$   **212,816,144**   Complete cost of the "insured project", including materials and labor costs for the "insured project", "general conditions expense", construction management fees and contractor's profit and overhead; plus

$   **0**   Value of all other property, not included above, that is part of the "insured project" and owned by others, for which the Insured has assumed responsibility; plus

$   **0**   "Temporary works" not included above.

$   **212,816,144**   Estimated "total project value" (sum of the above).

**12.0**   **Limits Of Liability:**

**12.1**   **Policy Limit Of Liability**        $   **250,816,144**        Per "occurrence"

The most the Company will pay for the total of all coverages combined in any one "occurrence," is the Policy Limit Of Liability, all subject to the terms, conditions and exclusions stated in the Policy. The Limits Of Liability stated below or elsewhere in the Policy are part of and not in addition to the Policy Limits Of Liability. NCP means no coverage is provided.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| 12.2 | **Builders Risk Property** | | | |
|---|---|---|---|---|
| | Project Site | $ | **212,816,144** | Per "occurrence" |
| | Escalation Clause – Insured Project | | **10%** | Per "occurrence" |
| | Transit | $ | **10,000,000** | Per "occurrence" |
| | "Temporary Offsite Location" | $ | **10,000,000** | Per Location |
| | "Delay In Completion" | $ | **38,000,000** | Aggregate |
| **12.3** | **"Water Damage"** | $ | **250,816,144** | Per "occurrence" |
| **12.4** | **Coverage Extensions** | | | |
| | Claim Preparation Expense | $ | **1,000,000** | Per "occurrence" |
| | Construction Documentation And Records | $ | **5,000,000** | Per "occurrence" |
| | Construction Trailers | $ | **250,000** | Per "occurrence" |
| | Contract Penalties | $ | **Not Covered** | Per "occurrence" |
| | Contractor Expenses – N/A% of the amount of covered loss of or damage to "builder's risk property", prior to the application of any applicable Deductible, up to the Limits Of Liability of: | $ | **5,000,000** | Per "occurrence" |
| | Crane Re-Erection Expense | $ | **1,000,000** | Per "occurrence" |
| | Damage To Existing Real Property - Limited | $ | **Not Covered** | Per "occurrence" |
| | Debris Removal – 25% of the amount of covered loss of or damage to Covered Property, prior to the application of any applicable Deductible, up to the Limits Of Liability of: | $ | **25,000,000** | Per "occurrence" |
| | Design Professional Fees | $ | **5,000,000** | Per "occurrence" |
| | Emergency Property Protection Expense - Annual Aggregate | $ | **1,000,000** | Per "occurrence" |
| | Fire Protective Equipment Refills | $ | **1,000,000** | Per "occurrence" |
| | Off Premises Service Interruption – Direct Damage | $ | **1,000,000** | Per "occurrence" |
| | Ordinance Or Law – Demolition And Increased Cost Of Construction | $ | **25,000,000** | Per "occurrence" |
| | Ordinance Or Law – Undamaged Portion Of The Insured Project | Included in Project Site Limits Of Liability | | Per "occurrence" |
| | Pollutant Clean-Up And Decontamination – Project Aggregate | $ | **1,000,000** | Per "occurrence" |
| | Prevention Of Access – Ingress Or Egress | $ | **1,000,000** | Per "occurrence" |
| | Protection Service Charges | $ | **1,000,000** | Per "occurrence" |
| | Reward Payments – 25% of the amount of covered loss of or damage to Covered Property, | $ | **100,000** | Per "occurrence" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

prior to the application of any applicable
Deductible, up to the Limits Of Liability of :

| Spare Construction Materials | $ | **1,000,000** | Per "occurrence" |

**12.5**  **Catastrophe Perils**

With respect to the Causes of Loss below, the most the Company will pay for all loss of or damage to Covered Property in any one "occurrence" and as an Annual Aggregate are the following Limits Of Liability. These Limits Of Liability are included in, and not in addition to, the Policy Limits Of Liability. If 'NCP' is shown under the Limits Of Liability for any of these Causes of Loss, then no coverage is provided for that Cause of Loss.

| **12.5.1** | **"Earthquake"** | $ | **250,816,144** | Per "occurrence" and Annual Aggregate |
| **12.5.2** | **"Flood"** | $ | **50,000,000** | Per "occurrence" and Annual Aggregate |
| **12.5.3** | **"Named Storm"** | $ | **100,000,000** | Per "occurrence" and Annual Aggregate |

☒  If checked, Annual Aggregate Limits Of Liability does not apply to "Named Storm".

**13.0**  **Deductibles:**

The following deductibles apply in any one "occurrence":

| Physical loss of or damage to Covered Property unless otherwise shown below: | $ | **50,000** | | |
| "Water Damage" | $ | **100,000** | | |
| "Earthquake" | $ | **50,000** | **0.00** | % |
| "Flood" | $ | **500,000** | **0.00** | % |
| "Named Storm" | $ | **250,000** | **5.00** | % Maximum $7,500,000 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Zurich Completed Value Builders Risk General Conditions



## Table Of Contents

| Conditions | Page No. |
|---|---|
| Abandonment | 1 |
| Alternative Dispute Resolution | 1 |
| Appraisal | 1 |
| Assignment | 2 |
| Bankruptcy Or Insolvency | 2 |
| Cancellation | 2 |
| Changes | 2 |
| Concealment, Misrepresentation Or Fraud | 2 |
| Conformance To Statutes | 2 |
| Duties In The Event Of Loss Or Damage | 2 |
| Examination Of The Insured's Books And Records | 3 |
| Extension Of Term Of Insurance | 3 |
| Increased Hazard | 3 |
| Inspections And Surveys | 3 |
| Legal Action Against The Company | 3 |
| Liberalization Clause | 4 |
| Loss Payment | 4 |
| Marine Joint Loss Agreement | 4 |
| Mortgage Holders And Lender's Loss Payees | 5 |
| No Benefit To Bailee | 6 |
| Other Insurance | 6 |
| Pair And Set | 6 |
| Policy Term, Coverage Territory | 6 |
| Premiums | 7 |
| Recovery Or Salvage | 7 |
| Reinstatement / Reduction – Annual Aggregate Limit Of Liability | 7 |
| Reporting And Premium Adjustment | 8 |
| Subrogation | 8 |
| Titles | 8 |
| Unintentional Errors Or Omissions | 9 |

# Zurich Completed Value Builders Risk General Conditions



### A. Abandonment

There can be no abandonment of any property to the Company.

### B. Alternative Dispute Resolution

If the Company and the first Named Insured disagree on an issue concerning this Policy either may request that the following procedure be used to settle such disagreement:

1. The Company or the first Named Insured may request of the other in writing that the dispute be settled according to an alternative dispute resolution procedure.

2. If the two parties agree to proceed, each will jointly select an alternative dispute resolution technique.

3. If both parties cannot agree on an alternative dispute resolution technique within 60 days of the written request, the parties will contact either the American Arbitration Association or the state Mediation or Dispute Resolution Service and will use their services to select or devise a dispute resolution mechanism.

4. Alternative dispute resolution procedures that may be used include mediation, arbitration or mini-trials, except where prohibited by applicable law or regulation.

5. All expenses of the alternative dispute resolution procedure will be shared equally by both parties.

   Any decision or award made as a result of the alternative dispute resolution procedure will be limited by the terms, conditions and Limits Of liability of this Policy.

This Alternative Dispute Resolution provision will not be available for any dispute involving:

1. "Pollutants" or decontamination;

2. Arson or other attempted fraud by any Named Insured; or

3. The value of the property or the amount of loss as part of the **Appraisal** Condition below.

### C. Appraisal

If the Company and the Named Insured disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will choose a competent, disinterested, and impartial appraiser, who has no direct or indirect financial interest in the claim. Each will notify the other of the appraiser selected within 20 days of such demand. The Named Insured may not invoke appraisal unless it has first fully complied with all provisions of this Policy, including the **Duties In The Event Of Loss Or Damage** Condition and has provided the Company with a signed and sworn statement of loss.

The appraisers will then select a competent, disinterested and impartial umpire. If they cannot agree upon an umpire within 15 days, either may request the selection by a judge of a court having jurisdiction.

The appraisers will state separately the value of each item of lost or damaged property as of the date of loss and amount of loss in accordance with the Valuation provisions of the applicable coverage. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear other expenses of the appraisal and umpire equally.

If there is an appraisal, the Company still retains the right to deny the claim in whole or in part, based on the terms and conditions of this Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**D. Assignment**

The Named Insured's rights and duties under the Policy may not be transferred without the Company's written consent.

**E. Bankruptcy Or Insolvency**

Bankruptcy or insolvency of the Named Insured will not relieve the Company of any of its obligations under this Policy.

**F. Cancellation**

1. The first Named Insured shown on the Declarations may cancel this Policy by mailing or delivering to the Company advance written notice of cancellation.

2. The Company may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if the Company cancels for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if the Company cancels for any other reason.

3. The Company will mail or deliver notice to the first Named Insured's address known to us.

4. Notice of cancellation will state the effective date of cancellation. Coverage will end on that date.

5. If this Policy is cancelled, the Company will send the first Named Insured any premium refund due. If the Company cancels, the refund will be pro-rata. If the first Named Insured cancels for any reason other than completion or cancellation of the "insured project", the refund will be calculated on a short rate basis.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**G. Changes**

This Policy contains all the agreements between the Named Insured and the Company concerning the insurance afforded. The first Named Insured shown on the Declarations is the sole and irrevocable agent for all Insureds and is authorized to make changes in the terms and conditions of this Policy with the Company's consent. This Policy's terms can be amended or waived only by endorsement issued by the Company and made a part of this Policy.

**H. Concealment, Misrepresentation Or Fraud**

The Company will not pay as to any Insured who commits fraud, at any time, as it relates to this policy. The Company also will not pay as to any Insured, at any time, if that Insured intentionally conceals or misrepresents a material fact concerning:

1. This Policy;

2. The Covered Property;

3. The Insured's interest in the Covered Property; or

4. A claim under the Policy.

**I. Conformance To Statutes**

Any provisions required by law to be included in policies issued by the Company shall be deemed to have been included in this Policy.

If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy shall be read so as to eliminate such conflict or deemed to include such provisions for the "project site" within such jurisdictions.

**J. Duties In The Event Of Loss Or Damage**

The Named Insured must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give the Company prompt notice of the loss or damage, including a description of the property involved, as soon as practicable, but not later than 60 days after the loss or damage becomes known to the Named Insured.

3. As soon as possible, give the Company a description of how, when and where the loss or damage occurred.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

4. Take all reasonable steps to protect, recover or save the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also, keep a record of expenses for emergency and temporary repairs for consideration in the settlement of the claim. This will not increase the Limit Of Liability.

5. As often as may be reasonably required, permit the Company to inspect the property proving the loss or damage and permit the Company to make copies of the Insured's books and records.

6. Permit the Company to question any Insured, the Insured's employees or agents under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the loss or damage, including an Insured's books and records. In the event of this examination, an Insured's answers must be signed or attested to by a notary public or certified court reporter.

7. Give the Company a signed sworn statement of loss containing the information necessary to investigate the claim. If requested by the Company, the Company will supply the necessary forms. The Named Insured must return these completed forms within 60 days of the request or as required by law.

8. Cooperate with the Company in the investigation or settlement of the claim.

**K. Examination Of The Insured's Books And Records**

The Company may examine and audit the Insured's books and records as they relate to this Policy at any time during the Policy Term and up to one year afterwards.

**L. Extension Of Term Of Insurance**

With notification to, and agreement by, the Company prior to the expiration date of this Policy, the Policy Term may be extended for 90 days or less based on the rates stated on the Declarations, with the exception of the perils of "earthquake", "flood" and "named storm", which may be subject to different rates, deductibles, limits, terms and conditions determined by the Company at the time of the Company's agreement to the extension.

Any extensions for more than 90 days beyond the original Policy Term expiration date will be subject to payment of additional premiums at rates, deductibles, limits, terms and conditions determined by the Company at the time of the Company's agreement to the extension.

**M. Increased Hazard**

If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the Named Insured shall give notice in writing to the Company within 30 days of the Named Insured's knowledge of the same.

**N. Inspections And Surveys**

1. The Company has the right to:

    a. Make inspections and surveys at any time;

    b. Give the Named Insured reports on the conditions found; and

    c. Recommend changes.

2. The Company is not obligated to make any inspections, surveys, reports or recommendations and any such actions undertaken relate only to insurability and the premiums to be charged. The Company does not make safety inspections. The Company does not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. The Company does not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** above also apply with respect to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**O. Legal Action Against The Company**

No one may bring a legal action against the Company under this Policy unless:

1. All of its terms have been fully complied with; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2.   The action is brought within 2 years after the date on which the loss or damage commenced.

**P.  Liberalization Clause**

Should the Company adopt any revisions that would broaden the coverage under this Policy without additional premium within 60 days prior to or during the Policy Term; the broadened coverage will immediately apply to this Policy.

**Q.  Loss Payment**

1.   In the event of loss or damage to Covered Property, the Company will, at its option, either:

   a.   Pay the amount of the loss or damage;

   b.   Pay the cost of repairing or replacing the lost or damaged property;

   c.   Take all or any part of the property at any agreed or appraised value; or

   d.   Pay the cost to repair, rebuild or replace the property with other property of like kind and quality.

   The Company will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Provision in the **Zurich Completed Value Builders Risk Coverage Form**.

   The Company will give notice of its intentions within 30 days after receiving the sworn statement of loss, or as required by law.

2.   The Company will not pay more than the Insured's financial interest in the Covered Property.

3.   This Policy provides no rights or benefits to any other person or organization, unless otherwise provided. Any claim for loss that is covered under this Policy must be presented by the Named Insured. At the Company's option, the Company may adjust the loss with the owners of the lost or damaged property if other than the Insured. If the Company pays the owner, such payment will satisfy the Insured's claims against the Company for the owner's property. The Company will not pay the owner more than their financial interest in the Covered Property.

4.   The Company may elect to defend the Named Insured at the Company's expense against suits arising from claims of owners of Covered Property.

5.   The Company will pay for covered loss or damage within 60 days, or as required by law, after receiving the sworn statement of loss, if the Insured has complied with all the terms of this Policy and:

   a.   The Company has reached agreement with the Named Insured on the amount of loss; or

   b.   An appraisal award has been made.

6.   The first Named Insured shown on the Declarations will be the payee for any payment of claims that the Company may make with respect to this Policy, subject to the Mortgage Holders and Lender's Loss Payees Condition below. However, payments for loss or damage to property belonging to others may be to the account of the owner of the property.

7.   The Company will adjust losses with the first Named Insured, or as directed by the First Named Insured.

8.   When a Loss Payee is shown on the Declarations, the Loss Payee will be included in loss payments as respect their financial interest in the "insured project".

**R.  Marine Joint Loss Agreement**

The Insured agrees to externally inspect Coverage Property as soon as practicable after delivery to a "project site" or "temporary offsite location" for any possible loss of or damage to that property sustained while in transit. For packed shipments which will be left in their packaging until a later date, the packaging is to be examined for signs of possible loss or damage. Where signs of possible loss or damage are visible, the packaging should be opened and the property inspected.

In the event of loss of or damage to Covered Property that is covered by both this Policy and Marine Insurance or similar insurance provided by other insurers, and there is disagreement between the Company and the Marine Insurers as to whether the loss or damage:

1.   Was caused by a "covered cause of loss" insured under the Marine Insurance;

2.   Was caused by a "covered cause of loss" insured under this Policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**3.** Is partially covered by either;

the Company will pay, after the Company receives the Named Insured's written request, the amount of loss or damage that the Company has accepted as covered by this Policy and one-half (1/2) the amount of loss or damage that is in disagreement, but no more than the Company would have paid had there been no Marine Insurance in effect at the time of the occurrence, subject to the following Conditions:

**1.** The amount of loss or damage is agreed to by the Named Insured, the Marine Insurers and the Company.

**2.** Any payment under this provision is limited to the least amount payable under either the Marine Insurance or this Policy. In no event will the Company pay more than the applicable Limit Of Liability shown on the Declarations.

**3.** The Marine Insurers will pay the Named Insured the amount of loss the Marine Insurers have accepted as covered by the Marine Insurance and one-half (1/2) the amount of loss that is in disagreement.

**4.** After payment of the loss under the terms of this provision, the Marine Insurer and the Company agree to submit their differences to arbitration within 90 days of such payment. There will be three arbitrators, one will be appointed by the Company, one will be appointed by the Marine Insurer and one will be appointed by the mutual agreement of the Marine Insurer and the Company. The arbitrators' decision shall be binding on the insurers. Judgment on any award can be entered in any court that has jurisdiction.

**5.** The Insured agrees to cooperate with the Company in any arbitration proceedings.

**6.** This provision will not apply unless the Marine Insurance or similar insurance is endorsed with a Marine Joint Loss Agreement provision or similar provision.

**7.** Acceptance by the Named Insured of sums paid under this provision does not alter, waive or surrender the Named Insured's rights against the Company.

**S.  Mortgage Holders And Lender's Loss Payees**

**1.** Mortgage holder includes Lender's Loss Payee and trustees.

**2.** The Company will pay for covered loss or damage to the "builders risk property" to each mortgage holder shown on the Declarations in their order of precedence, as interests may appear.

**3.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the "builders risk property".

**4.** If the Company denies the Named Insured's claim because of the Named Insured's acts or because the Named Insured has failed to comply with the terms of this Policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   **a.** Pays the premium due under this Policy at the Company's request if the first Named Insured has failed to do so;

   **b.** Submits a signed, sworn statement of loss within 60 days after receiving notice from the Company of the Named Insured's failure to do so; and

   **c.** Has notified the Company of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

   All of the terms of this Policy will then apply directly to the mortgage holder.

**5.** If the Company pays the mortgage holder for any loss or damage and denies payment to the Named Insured due to the Named Insured's acts or failure to comply with the terms of this Policy:

   **a.** The mortgage holder's rights under the mortgage will be transferred to the Company to the extent of the amount paid by the Company; and

   **b.** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired by the Named Insured's acts or failure.

   The Company has the option to pay to the mortgage holder the whole principal on the mortgage or debt plus any accrued interest. In this event, the mortgage or note will be transferred to the Company and the remaining mortgage or debt will be paid to the Company.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**6.** If the Company cancels the Policy, the Company will give written notice to the mortgage holder at least:

   **a.** 10 days before the effective date of cancellation if canceled for the Named Insured's nonpayment of premium; or

   **b.** 60 days before the effective date of cancellation if canceled for any other reason.

**7.** If the Company elects not to renew the Policy, the Company will give written notice to the mortgage holder at least 10 days before the expiration date of this Policy.

**T. No Benefit To Bailee**

**1.** No person or organization, other than the Named Insured, having custody of Covered Property will benefit from this insurance.

**2.** Transit coverage provided under this Policy will be void if the Named Insured enters into any agreements with transportation carriers that:

   **a.** Release them from their common law or statutory liability; or

   **b.** Represent that this insurance will in any way inure to the benefit of such carriers.

   However, the Named Insured may, without prejudice to this coverage, accept bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of Covered Property.

**U. Other Insurance**

**1.** This insurance is primary, except when Paragraphs **2.**, **3.** or **4.** below apply.

**2.** This insurance is excess over any underlying insurance, including any insurance that the Named Insured purchased for all or any part of a Deductible in this Policy. The existence of underlying insurance shall not prejudice the Insured's rights under this Policy. The Deductible and any amount paid under such underlying insurance will apply to the applicable Deductible under this Policy.

**3.** To the extent others are responsible for loss of or damage to Covered Property while in transit under terms Free on Board, this insurance will be excess insurance and will not contribute with such other insurance.

**4.** If there is other insurance, whether purchased by the Insured or others, subject to the same plan, terms, conditions and provisions as the insurance provided under this Policy, the Company will pay the Company share of the covered loss or damage. The Company share is the proportion that the applicable Limit Of Liability under this Policy bears to the sum of all the Limits Of Liability covering on the same basis.

The Named Insured can purchase excess insurance commencing on or after the inception of this Policy that is specifically excess over the Limits Of Liability under this Policy without prejudice to this Policy. The existence of such insurance shall not reduce any liability under this Policy.

**V. Pair And Set**

**1.** In the event of loss of or damage to Covered Property which is part of a pair or set, the measure of loss of or damage to such property will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of the lost or damaged property to the pair or set, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

**2.** In the event of loss or damage to any part of Covered Property consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**W. Policy Term, Coverage Territory**

Under this Policy:

**1.** The Company covers loss or damage which happens:

   **a.** During the Policy Term shown on the Declarations; and

   **b.** Within the coverage territory.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions); and

   b. Puerto Rico.

3. When this Policy provides coverage for property in transit:

   a. The coverage territory is extended to Canada for property in transit as long as the origin or destination is included in Paragraph **2.** above, except when property is being transported by a vessel.

   b. The coverage territory is extended to everywhere else in the world for property while being transported by an aircraft, as long as either the origin or destination is included in Paragraph **2.** above, and neither the origin nor the destination is in any country upon which the United States government has imposed sanctions, embargoes or similar prohibitions.

4. If the property is in transit by a vessel that originated outside the coverage territory included in Paragraph **2.** above, then coverage commences when the property enters into the United States Exclusive Economic Zone as defined by the U.S. Department of State.

5. If the property is in transit by a vessel with a destination outside the coverage territory included in Paragraph **2.** above, then coverage ends when the property exits from the United States Exclusive Economic Zone as defined by the U.S. Department of State.

6. With regard to Paragraphs **4.** and **5.**, above, coverage provided under this Policy does not take the place of or satisfy any contractual requirement of the Insured to carry Ocean Marine insurance as it pertains to transit by vessel.

## X.  Premiums

The first Named Insured shown on the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums the Company pays.

## Y.  Recovery Or Salvage

1. If either the Insured or the Company recovers any property after a loss settlement, that party must give the other prompt notice. The Named Insured has the option to do one of the following:

   a. Keep the loss payment and transfer the recovered property to the Company, or

   b. Keep the recovered property and return the loss payment to the Company. If the Named Insured does this, the Company will pay for the recovery expenses and the expense to repair the recovered property, up to the applicable Limit Of Liability.

2. The amount of loss can be reduced by any salvage recovery through the sale of the damaged Covered Property.

   a. If, following a loss, a recovery is made from the sale of damaged Covered Property and the Named Insured's claim has not yet been paid, the Company will be entitled to this salvage recovery until the Company has recovered its salvaging fees and expenses. The balance of the salvage recovery will be paid to the Named Insured and the amount of the Named Insured's loss settlement will be reduced by this balance.

   b. If the Named Insured's claim has already been paid when a salvage recovery is made, the Company will be entitled to the salvage proceeds until the Company has recovered the difference between the amount the Company paid the Insured for the Named Insured's claim and the amount the Company would have paid the Named Insured had the salvage recovery been handled in accordance with Paragraph **a.** above. Any balance of the salvage recovery will then be promptly refunded to the Insured.

## Z.  Reinstatement / Reduction – Aggregate Limit Of Liability

With the exception of covered loss or damage subject to Catastrophe Aggregate Limits Of Liability or other Aggregate Limits Of Liability, claims paid will not reduce Limits Of Liability. The reinstatement of an exhausted Aggregate Limit Of Liability is not permitted unless the Company agrees in writing to the terms and conditions and premium.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**AA. Reporting And Premium Adjustment**

    **1.**    **Reporting Provision**

        Within 30 days following the termination of the Policy, the first Named Insured agrees to send the Company a statement of the final "total project value".

    **2.**    **Premium Adjustment**

        If the final "total project value" varies by more than 5% of the estimated "total project value" declared at Policy inception, the final earned premium for this Policy will be calculated by applying the applicable rates shown on the Declarations for Estimated Project Premium for the actual term of coverage to the final "total project value". Based on the difference between the Total Deposit Premium and the final earned premium, the Company will charge additional premium or return any excess premium, subject to the minimum and earned premium shown on the Declarations. Any additional or return premium of $250 or less will be waived.

        If the final "total project value" varies by 5% or less of the estimated "total project value" declared at Policy inception, no premium adjustments will be made. The Total Deposit Premium will be considered the final earned premium.

**AB. Subrogation**

    **1.**    If any person or organization to or for whom the Company makes payment under this Policy has rights to recover damages from another, those rights are transferred to the Company, to the extent of the Company's payment. That person or organization must do everything necessary to secure the Company's rights and cooperate with the Company's efforts to recover the Company's payment and must do nothing after loss to impair the Company's rights. The Company will have no rights of subrogation against:

        **a.**    Any person or entity, which is a Named Insured or an Insured; or

        **b.**    Any other person or entity, which the Insured has waived its rights of subrogation against in writing prior to the loss.

        Notwithstanding the foregoing and whether or not they are an Insured under this Policy, the Company will be subrogated to all the Insured's rights of recovery against any:

        **c.**    Third party architect or engineer,  for any loss or damage arising out of any error, omission or deficiency in the rendering or failure to render professional services by that architect or engineer or their employees (including leased or temporary employees) or others for whose acts they are legally liable.

        **d.**    Manufacturer or supplier of machinery, equipment or other property, for the cost of making good any loss or damage which that manufacturer or supplier has agreed to make good under a guarantee or warranty, whether expressed or implied.

    **2.**    Any recovery as a result of subrogation proceedings arising out of a covered loss, net of fees (including legal fees) and expenses the Company incurs in such subrogation proceedings, will be shared with the Named Insured in the following manner:

        **a.**    The Company will add the amount of any Deductible the Insured incurred to the amount of any other provable uninsured loss the Insured incurred. This is the Named Insured's interest.

        **b.**    The Company will determine the proportion the Named Insured's interest bears to the entire provable loss (both insured and uninsured). This is the Named Insured's pro rata share.

        **c.**    The Company will reimburse to the Named Insured for their pro rata share of the recovery after deduction, from the total recovery, of recovery expenses paid by the Company and after deduction of any legal fees paid by the Company. The Company will retain the balance. The Company will not owe the Named Insured any amount for any legal fees or expenses incurred by the Named Insured in furtherance of any recovery unless those fees or expenses are approved in advance by the Company in writing.

**AC. Titles**

The titles of the various paragraphs and endorsements of this Policy are inserted solely for reference and shall not in any way affect the provisions to which they relate.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**AD. Unintentional Errors Or Omissions**

The Named Insured's unintentional error or omission in reporting, or the failure to report, information to the Company in accordance with the terms and conditions of this Policy, will not prejudice the Named Insured's right of recovery. However, the Named Insured or their authorized representative, upon becoming aware of such error or omission, must inform the Company within 30 days of the Named Insureds' discovery of such error or omission and pay any additional premium due. In no event shall any such recovery exceed the lesser of the Limit Of Liability or any applicable sublimit, for the Project.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Zurich Completed Value Builders Risk Coverage Form



**Table Of Contents**

| Section | Page Number |
|---|---|
| Coverage | 1 |
| Property Not Covered | 1 |
| Exclusions | 2 |
| Limitations | 4 |
| **Coverage Extensions** | |
| Claim Preparation Expense | 4 |
| Construction Documentation And Records | 5 |
| Construction Trailers | 5 |
| Contract Penalties | 5 |
| Contractor Expenses | 5 |
| Crane Re-Erection Expense | 5 |
| Damage To Existing Real Property – Limited | 6 |
| Debris Removal | 6 |
| Design Professional Fees | 6 |
| Emergency Property Protection Expense | 7 |
| Fire Protective Equipment Refills | 7 |
| Off Premises Service Interruption – Direct Damage | 7 |
| Ordinance Or Law | 7 |
| Pollutant Clean-Up And Decontamination | 8 |
| Prevention Of Access – Ingress Or Egress | 8 |
| Protection Service Charges | 9 |
| Reward Payments | 9 |
| Spare Construction Materials | 9 |
| Limits Of Liability | 9 |
| Escalation Clause | 10 |
| Deductibles | 10 |
| Valuation | 11 |
| Definitions | 12 |

# Zurich Completed Value Builders Risk Coverage Form



Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Words and phrases that appear in quotation marks have special meaning. Refer to the **Definitions** Section. Throughout this Policy, the word Named Insured refers to the Named Insured shown in Item **3.** of the Declarations. The word first Named Insured refers to the first Named Insured listed under Named Insured in Item **3.** of the Declarations. The word Insured refers to the Named Insured and the Additional Insureds shown in Item **4.** of the Declarations. The word Company refers to the Insuring Company shown in Item **2.** of the Declarations providing the insurance coverage.

For purposes of this Policy, Covered Property is the property that is insured for loss or damage under the applicable Coverage Forms or endorsements.

Unless otherwise stated, words that are used in the plural tense include the singular tense (and vice versa).

## A. Coverage

1. The Company will pay for direct physical loss of or damage to "builders risk property" caused by a "covered cause of loss" while such "builders risk property" is:

   a. At the "project site";

   b. In transit; or

   c. At a "temporary offsite location".

2. Coverage begins with the effective date of this Policy and ends at the earlier of the following:

   a. The first Named Insured's interest in the "insured project" ceases;

   b. The Policy expires or is cancelled; or

   c. The final acceptance of the "insured project" by the owner.

3. The most the Company will pay in any one "occurrence" is the applicable Limit Of Liability.

## B. Property Not Covered

This Policy does not apply to:

1. Land, land value and cut, fill and backfill materials which existed at the "project site" prior to "insured project" commencement, other than the labor expended to move such materials during the "insured project";

2. Contractor's tools, machinery, plant and equipment not intended to become a permanent part of the "insured project";

3. Vehicles or equipment licensed for highway use, rolling stock, aircraft or watercraft;

4. Water, standing timber, growing crops or animals;

5. Accounts, bills, currency, stamps, deeds, evidence of debt, checks, money, securities, precious metals, precious stones or other property of a similar nature;

6. "Existing real property", except as provided under Section **E. Coverage Extensions**;

7. Property at a "project site" that stores, processes, handles or makes use of radioactive materials; however, this does not apply to property at a "project site" making use of radioactive isotopes contained within equipment used for diagnostic or testing purposes;

8. Roadways, sidewalks or other paved surfaces or underground utilities at the "project site" that existed prior to the beginning of the "insured project";

9. Contraband or property in the course of illegal transportation or trade; or

10. Overhead transmission and distribution lines, and their supporting structures, once energized, at the completion of testing.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

## C.  Exclusions

1.  The Company will not pay for loss or damage directly or indirectly  resulting from any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage, even if such other cause or event would otherwise be covered:

    a.  **Governmental Action**

    Seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental authority.

    This exclusion does not apply to seizure or destruction of property by order of governmental authority and taken at the time of a fire to prevent its spread.

    b.  **Nuclear Hazard**

    Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation or radioactive contamination results in fire, the Company will pay for that portion of the loss or damage which arises directly from that fire.

    c.  **Ordinance Or Law**

    The enforcement of or compliance with any ordinance or law:

    **(1)**  Regulating the construction, use or repair of any property; or

    **(2)**  Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion applies whether the loss or damage results from:

    **(1)**  An ordinance or law that is enforced even if the property has not been damaged; or

    **(2)**  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    d.  **War And Military Action**

    War and military action, meaning:

    **(1)**  War, including undeclared or civil war;

    **(2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

    **(3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

2.  The Company will not pay for:

    a.  **Consequential Loss**

    Loss, damage, cost or expense caused by or resulting from the following, except as otherwise stated elsewhere in the Policy:

    **(1)**  Loss of market or loss of use;

    **(2)**  Liquidated damages, performance penalties or penalties for non-completion;

    **(3)**  Non-compliance with contract conditions;

    **(4)**  Delay in completion of construction, including continuing "general conditions expense"; or

    **(5)**  Re-sequencing or inefficiencies of construction activities.

    b.  **Cost Of Correcting Or Making Good**

    Costs or expense that would have been incurred to rectify any of the following had such condition been rectified immediately prior to the loss or damage:

    **(1)**  Errors or omissions in, or faulty, defective or deficient designs, plans or specifications; or

    **(2)**  Faulty, inadequate or defective workmanship or construction supplies or materials used.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

But if the result of one of these excluded causes of loss is a "covered cause of loss", the Company will pay for that portion of the direct physical loss or damage, other than loss of or damage to that faulty, inadequate or defective workmanship or construction supplies or materials used, which was caused by that "covered cause of loss". However, in no event will the Company pay the costs or expense to improve or redesign the original materials, supplies, designs, plans or specifications or to improve workmanship.

**c.  Cracking And Settling**

Loss or damage caused by or resulting from normal subsidence, settling, cracking, expansion, contraction or shrinkage of walls, floors, ceilings, buildings, foundations, patios, walkways, driveways or pavements.

**d.  Disappearance Or Shortage**

Loss or damage caused by or resulting from disappearance or shortage disclosed on taking inventory.

**e.  Dishonest Acts**

Loss or damage caused by or resulting from fraudulent, dishonest or criminal activity of the Insured or any of the Insured's partners, officers, directors, trustees, employees (including leased or temporary employees) or others to whom the property is entrusted.

This exclusion does not apply to:

**(1)** Acts of vandalism committed by the Named Insured's employees (including leased or temporary employees); or

**(2)** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

**f.  Electronic Vandalism, Defects Or Errors**

Loss or damage caused by or resulting from:

**(1)** "Computer virus";

**(2)** Authorized or unauthorized access to "electronic hardware", software, programs or data;

**(3)** Failure, malfunction, deficiency, deletion, errors or omissions in:

**(a)** Programming;

**(b)** Instructions to a machine; or

**(c)** Installation or maintenance of "electronic hardware"; or

**(4)** Mysterious disappearance of code.

**g.  Expected, Preventable Or Accumulated Losses**

Loss or damage caused by or resulting from wear and tear, gradual deterioration, inherent vice, hidden or latent defect, corrosion, rust or dampness or dryness of the atmosphere.

But, if the result of one of these excluded causes of loss is a "covered cause of loss", the Company will pay for that portion of the loss or damage which was caused by that "covered cause of loss".

**h.  Fines Or Penalties**

Fines or penalties imposed on the Insured at the order of any government agency, court or other authority.

**i.  Fungus**

Loss or damage consisting of, directly or indirectly caused by, contributed to or aggravated by the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria, including any expense to remediate the presence or effects of any of the foregoing, unless resulting directly from a "covered cause of loss".

However, if the "fungus" was caused by a "covered cause of loss", the Company will pay the reasonable and necessary expenses to:

U-PBR-0100-B CW (01/17)
Page 3 of 16

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

**(1)** Test for, monitor or assess the existence, concentration or effects of "fungus", wet rot, dry rot or bacteria;

**(2)** Tear out and replace any part of Covered Property needed to gain access to the "fungus", wet rot, dry rot or bacteria; and

**(3)** Clean up, remove or remediate "fungus", wet rot, dry rot or bacteria.

However, the most we will pay is the cost to repair, rebuild or replace the Covered Property damaged by that "fungus", wet rot, dry rot or bacteria, subject to the applicable Limit Of Liability.

At the Insured's expense, the Insured must take all reasonable means to save and preserve property from further damage at the time of and after the discovery of the "fungus", wet rot, dry rot or bacteria.

The expenses will be paid only if they are reported to the Company in writing within 30 days of the date on which "fungus", wet rot, dry rot or bacteria is first discovered.

**j.   Pollutants**

Loss, damage, cost or expense caused by or resulting from the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants", unless the discharge, dispersal, seepage, migration, release, or escape is directly caused by a "specified cause of loss".

But if the discharge, dispersal, seepage, migration, release, or escape of "pollutants" results in a "specified cause of loss", the Company will pay for the loss or damage caused by that "specified cause of loss".

The Company will also not pay for loss, damage, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

**k.   Warranties Or Guarantees**

Loss, damage, costs or expenses covered under any written or implied guarantee or warranty by any manufacturer or supplier.

**D.  Limitations**

The following limitations apply:

**1.** The Company will not pay for direct physical loss of or damage to "landscaping materials" caused by or resulting from:

**a.** Infestation, disease, freezing, drought, lack of moisture, hail, or weight of ice or snow; or

**b.** Insects, vermin, rodents or animals.

**2.** The Company will not pay the cost or expense for:

**a.** The failure to meet the building certification level that has been registered for "Green standards" for the "insured project"; or

**b.** Re-registering the "insured project" for "Green standards" if such cost or expense would have been incurred had there been no direct physical loss or damage to property from a "covered cause of loss".

**E.  Coverage Extensions**

Subject to Section **F. Limits Of Liability** herein, the following are Coverage Extensions to coverages set forth in this Policy. Each of the following Coverage Extensions apply independently of one another. The Policy exclusions, terms and conditions will apply to each Coverage Extension, except to the extent that coverage is provided under the applicable Coverage Extension.

**1.  Claim Preparation Expense**

The Company will reimburse the Insured for reasonable and necessary claim preparation expenses, as requested by the Company, for determining the amount of loss or damage prior to finalizing a claim adjustment.

**a.** Claim preparation expense means the expense incurred by the Insured for:

**(1)** The Insured's employees to produce or certify any particulars or details contained within the Insured's books or documents, or such other proofs, information or evidence required by the Company;

U-PBR-0100-B CW (01/17)
Page 4 of 16

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

**(2)** Taking inventory, conducting independent appraisals, or gathering and preparing other data to substantiate the amount of loss or damage; and

**(3)** Services provided by accountants, auditors, contractors, architects and engineers or other professionals solely for the purpose of determining the amount of loss or damage.

**b.** Claim preparation expenses does not mean the expense incurred for:

**(1)** Negotiating or presenting any claim that the Company has disputed or denied;

**(2)** Attorneys, public adjusters, loss appraisers or loss consultants;

**(3)** Representatives or employees of any broker or agent; or

**(4)** Examinations under oath, even if requested by the Company.

This Coverage Extension does not apply until a claim for covered loss or damage to Covered Property has been submitted to and accepted by the Company. In the event that the amount of covered loss or damage does not exceed the applicable Deductible, no coverage will apply under this Coverage Extension.

**2. Construction Documentation And Records**

The Company will pay for direct physical loss of or damage to "construction documentation and records" caused by a "covered cause of loss".

**3. Construction Trailers**

The Company will pay for direct physical loss of or damage to "construction trailers" and office trailer contents, other than "construction documentation and records", while at the "project site" or a "temporary offsite location" caused by a "covered cause of loss".

**4. Contract Penalties**

If the first Named Insured is a general contractor, the Company will pay contractual penalties the first Named Insured is legally liable to pay under the provisions of a written construction contract for late or non-completion of construction of the "insured project". Those penalties must be the result of direct physical loss of or damage to the "insured project". The loss or damage must be caused by a "covered cause of loss". Any such penalties must be specified in the written construction contract executed and signed prior to the start of the "insured project" and will only be payable in excess of 30 days after the expiration date of the Policy.

**5. Contractor Expenses**

In the event of covered loss or damage to "builders risk property" caused by a "covered cause of loss", the Company will pay for reasonable and necessary expense incurred by the Insured for:

**a.** "Contractor's extra expense";

**b.** "Expediting expense"; or

**c.** "General conditions expense",

in excess of the total expense that would normally have been incurred during the same period of time had no loss or damage occurred for the purpose of continuing the scheduled progress of undamaged work and only to the extent such expenses are necessary to continue as nearly as practicable the normal operation of the work in progress.

The most the Company will pay under this Coverage Extension in any one "occurrence" is the percentage shown on the Declarations, of the amount of the covered loss of or damage to "builders risk property", prior to the application of any applicable Deductible, up to the Limit Of Liability shown on the Declarations for Contractor's Expense.

In the event that the amount of covered loss or damage to "builders risk property" does not exceed the applicable Deductible, no coverage will apply under this Coverage Extension.

**6. Crane Re-Erection Expense**

If a tower or pole crane not covered under this Policy is lost or damaged by a "covered cause of loss" at the "project site", the Company will pay the reasonable and necessary costs incurred by the Insured to re-erect a tower or pole crane necessary to complete the "insured project".

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

7. **Damage To Existing Real Property - Limited**

The Company will pay for direct physical loss of or damage to "existing real property" at the "project site" caused by a "covered cause of loss" that arises out of the construction activities or operations of the Insured.

The Company will not pay for loss or damage to "existing real property":

a. Caused by or resulting from any interruption of incoming electricity, fuel, water, gas, steam, refrigerant or other services. But if a result of this excluded cause of loss is a "covered cause of loss", the Company will pay for the portion of the loss or damage which was caused by that "covered cause of loss".

b. Caused by or resulting from an explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines owned, leased or operated and under the control of the Insured; except for explosion of accumulated gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases or combustion pass. But if a result of this excluded cause of loss is a "covered cause of loss", the Company will pay for the portion of the loss or damage which was caused by that "covered cause of loss".

c. Caused by or resulting from artificially generated electrical current, including electrical arcing, that damages or disturbs electrical devices, wiring or equipment. But if a result of this excluded cause of loss is a "covered cause of loss", the Company will pay for the portion of the loss or damage which was caused by that "covered cause of loss".

d. Caused by or resulting from mechanical or machinery breakdown, including rupture or bursting caused by or resulting from centrifugal force. But if a result of this excluded cause of loss is a "covered cause of loss", the Company will pay for the portion of the loss or damage which was caused by that "covered cause of loss".

e. Arising as a consequence of previous loss or damage or any structural, mechanical, electrical or material condition which existed prior to the effective date of this Policy.

f. While the "existing real property", or any portion of the "existing real property", is being moved.

8. **Debris Removal**

The Company will pay the cost the Insured incurs to remove debris of Covered Property, including such property while in transit or at a "temporary offsite location", resulting from direct physical loss or damage by a "covered cause of loss".

The Company will also pay for the reasonable and necessary expense incurred by the Insured for:

a. Recycling debris of Covered Property at a recycling facility, including the associated transportation costs; and

b. Removing debris of uncovered property that is blown by wind, or drifted by water, onto the "project site".

Any income generated from debris recycling will reduce the Company's loss payment.

The expenses will be paid only if reported to the Company in writing within 365 days of the date of loss or damage.

In the event the amount of covered loss of or damage to Covered Property does not exceed the applicable Deductible, no coverage will apply under this Coverage Extension.

The most the Company will pay under this Coverage Extension in any one "occurrence" is the percentage shown on the Declarations, of the amount of covered loss of or damage to Covered Property, prior to the application of any Deductible, up to the Limit Of Liability shown on the Declarations for Debris Removal.

In no event will there be coverage under this Debris Removal Coverage Extension for any costs to:

(1) Extract "pollutants" from land, water or debris;

(2) Remove, restore, or replace polluted land or water; or

(3) Transport, store, decontaminate or recycle contaminated debris.

9. **Design Professional Fees**

The Company will reimburse the Insured for reasonable expenses incurred by the Insured for design professional services and expenses necessary in the repair, rebuild or replacement of lost or damaged "builders risk property" to the original design from a "covered cause of loss".

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

**10. Emergency Property Protection Expense**

    **a.** If Covered Property is removed from the "project site" or a "temporary offsite location" to protect it from actual or imminent physical loss or damage caused by a "covered cause of loss", the Company will pay for the reasonable and necessary expenses incurred by the Insured to:

        **(1)** Remove Covered Property from the "project site" or a "temporary offsite location"; and

        **(2)** Store Covered Property while away from the "project site" or a "temporary offsite location",

        for up to 30 consecutive days after the Covered Property is first moved.

    **b.** The Company will reimburse the Insured for the reasonable and necessary expenses to protect Covered Property at the "project site" or "temporary offsite location" from actual or imminent physical loss or damage from fire, "named storm" or "flood" if coverage is provided under this Policy for that Cause of Loss.

The most the Company will pay under this Coverage Extension is the Annual Aggregate Limit Of Liability shown on the Declarations for Emergency Property Protection Expense – Annual Aggregate.

No Deductible applies to this Coverage Extension.

**11. Fire Protective Equipment Refills**

The Company will pay the reasonable and necessary costs the Insured incurs to refill fire protective equipment which has been discharged:

    **a.** Accidentally; or

    **b.** In the course of saving or protecting Covered Property from a "covered cause of loss".

No Deductible applies to this Coverage Extension.

**12. Off Premises Service Interruption – Direct Damage**

The Company will pay for direct physical loss of or damage to "builders risk property" at the "project site" directly caused by an "off premises service interruption". The interruption must result from direct physical loss or damage directly caused by a "covered cause of loss" to property located away from the "project site" and used to provide any of the following services to the "project site":

    **a.** Water;

    **b.** Power, including steam and natural gas; or

    **c.** Communication, including video, voice and data.

**13. Ordinance Or Law**

In the event of loss of or damage to "builders risk property" by a "covered cause of loss":

    **a.** The Company will pay for the:

        **(1)** Cost to demolish and clear the "project site" of the undamaged portion of the constructed, erected or installed "builders risk property" as required by the enforcement of any applicable ordinance or law that regulates the zoning, land use or construction at the time of direct physical loss or damage;

        **(2)** Cost for recycling debris from the undamaged portion of the constructed, erected or installed "builders risk property" at a recycling facility, including the associated transportation costs, when those costs are incurred as a result of the demolition of the undamaged portion of the constructed, erected or installed "builders risk property" due to the enforcement of an applicable ordinance or law that regulates the zoning, land use or construction at the time of direct physical loss or damage; and

        **(3)** Increased costs incurred by the Insured to repair, rebuild or replace the damaged and undamaged portions of that "builders risk property" at the "project site" for the same intended use as per the written contract in place at the time of direct physical loss or damage and in compliance with the minimum requirements of the applicable ordinance or law in force at the time of loss or damage. However, the Company will not pay for these costs unless the repair, rebuild or replacement is commenced at that "project site" within 2 years of the date the direct physical loss or damage occurred.

Any income generated from debris recycling will reduce the Company's loss payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Contains copyrighted material of the American Association of Insurance Services.

**b.** The Company will pay for loss to the undamaged portion of the constructed, erected or installed "builders risk property" resulting from the enforcement of any applicable ordinance or law that:

    **(1)** Regulates the zoning, land use or construction of the damaged portion of that "builders risk property" at the time of direct physical loss or damage;

    **(2)** Requires the demolition of all or a portion of that "builders risk property" not damaged by a "covered cause of loss"; and

    **(3)** Is in force at the time of loss or damage.

No coverage is provided under this Ordinance or Law Coverage Extension for:

    **(1)** Costs associated with the enforcement of any ordinance or law which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, "pollutants", "fungus", wet rot, dry rot or bacteria;

    **(2)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria; or

    **(3)** Costs to comply with any ordinance or law that were required to be complied with in the absence of the loss or damage.

## 14. Pollutant Clean-Up And Decontamination

**a.** When required by ordinance, law or regulation in effect at the time of loss or damage, the Company will pay the reasonable and necessary costs incurred by the Insured to extract "pollutants" from land, water or debris at the "project site" or a "temporary offsite location" if the discharge, dispersal, seepage, migration, release or escape of "pollutants" is directly caused by a "covered cause of loss".

**b.** When Paragraph **a.** above applies, the Company will also pay the Insured's reasonable and necessary costs incurred for:

    **(1)** Restoring or replacing that contaminated land or water;

    **(2)** Transporting that contaminated debris to a temporary storage or decontamination facility; and

    **(3)** Testing performed in the course of extracting those "pollutants" from the land or water.

These costs will be paid only if they are reported to the Company in writing within 180 days of the date on which the "covered cause of loss" occurs.

This Coverage Extension does not apply to any other costs to test for, monitor or assess the existence, concentration or effects of "pollutants".

## 15. Prevention Of Access – Ingress Or Egress

In the event of direct physical loss of or damage to property:

**a.** Not insured under this Policy;

**b.** Located within one mile from the "project site"; and

**c.** Caused by a "covered cause of loss",

the Company will pay for actual and reasonable "contractor's extra expense" and "general conditions expense" incurred by the Insured:

    **(1)** When ingress or egress to the "project site" by suppliers, contractors or employees is physically obstructed for a period of time greater than 72 hours from the date of direct physical loss of or damage to property; and

    **(2)** In excess of the total expense that would normally have been incurred during the same period of time had no loss or damage occurred for the purpose of continuing the scheduled progress of undamaged work and only to the extent such expenses are necessary to continue as nearly as practicable the normal operation of the work in progress.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

The Company will pay for "contractor's extra expense" and "general conditions expense" incurred after 72 hours from the direct physical loss or damage to property, for up to 30 days, in any one occurrence. The Company will not pay more than the Limit Of Liability shown on the Declarations for Prevention of Access – Ingress or Egress.

No other Deductible applies to this Coverage Extension.

**16. Protection Service Charges**

When the fire department, police department or other governmental authority is called to save or protect Covered Property from a "covered cause of loss" at the "project site" or a "temporary offsite location", the Company will pay the Insured's liability for service charges assessed that are:

**a.** Assumed by written contract or written agreement prior to loss or damage; or

**b.** Required by local ordinance, law or statute.

The Company will also pay for those costs incurred by the Insured's fire brigade to save or protect Covered Property from fire, but not including the costs to refill fire protective equipment.

The most the Company will pay for this Coverage Extension in any one "occurrence", regardless of the number of responding departments or authorities or number of services performed, is the Limit Of Liability shown on the Declarations for Protection Service Charges.

No Deductible applies to this Coverage Extension.

**17. Reward Payments**

The Company will reimburse the Named Insured for rewards that the Named Insured paid to others for information leading to:

**a.** The successful return of undamaged stolen Covered Property to the Insured or a law enforcement agency; or

**b.** The arrest and conviction of any persons responsible for having damaged or stolen Covered Property.

The reward payments must be documented.

The most that the Company will pay under this Coverage Extension in any one "occurrence" is 25% of the covered loss of or damage to Covered Property, prior to the application of any applicable Deductible and recovery of any Covered Property, up to the Limit Of Liability shown on the Declarations for Reward Payments.

**18. Spare Construction Materials**

The Company will pay for the direct physical loss of or damage to "spare construction materials" at the "project site" or a "temporary offsite location" caused by a "covered cause of loss".

**F.   Limits Of Liability**

**1.** The most the Company will pay in any one "occurrence" for all covered loss, damage, cost or expense for an "insured project" is the Policy Limit Of Liability. All other Limits Of Liability are part of and not in addition to the Policy Limit Of Liability.

**2.** The Coverage Extensions Limits Of Liability shown on the Declarations apply per "occurrence", unless stated otherwise. Coverage will only apply for that Coverage Extension when a dollar amount is entered. If 'NCP' is shown under the Limits Of Liability for a Coverage Extension, then no coverage is provided for that Coverage Extension.

**3.** When an Annual Aggregate Limit Of Liability is shown, then the Company will apply that Limit Of Liability separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Term shown in the Declarations and including any Policy Term extension. Unused Annual Aggregate Limits Of Liability are not cumulative to any other Policy Term.

**4.** If a Limit Of Liability is shown as a Policy Aggregate, then the Company will apply that Limit Of Liability to all "occurrences" during the term of this Policy, regardless of the length of the Policy Term, beginning with the effective date of this Policy and ending with the expiration date of this Policy, including all extensions of the original Policy Term.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

**5.** With respect to "earthquake", "flood" or "named storm" the most the Company will pay for all covered loss, damage, cost or expense are the applicable Limits Of Liability shown. These Limits Of Liability will apply as per "occurrence" and as an Annual Aggregate unless stated otherwise.

## G. Escalation Clause

**1.** Should an increase in the estimated "total project value" occur during the Policy Term:

   **a.** The Limit Of Liability shown on the Declarations for Builders Risk Property Project Site will increase by the percentage shown on the Declarations for Escalation Clause – Insured Project.

   **b.** The Policy Limit Of Liability shown on the Declarations will increase by the same dollar amount that the Builders Risk Property Project Site Limit Of Liability increases.

**2.** Such increase in the "total project value" must be reported to the Company in accordance with the Reporting and Premium Adjustment Condition in the **Zurich Completed Value Builders Risk General Conditions**.

**3.** This Escalation Clause provision does not apply to any Coverage Extension, Optional Coverage or Catastrophe Limits Of Liability.

**Example:**

At policy inception the Limits Of Liability are as follows:

| | | |
|---|---|---|
| Policy Limit Of Liability: | $ | 65,000,000 |
| Builders Risk Property Project Site Limit Of Liability: | $ | 60,000,000 |
| Escalation Clause – Insured Project: | 5 | % |

In the event of a covered loss during the Policy Term, the Builders Risk Property Project Site and Policy Limits Of Liability, with the application of the Escalation Clause, are as follows

Initial Builders Risk Property Project Site Limit Of Liability:   $60,000,000

$60,000,000 X .05 = $3,000,000.
New Limit = $60,000,000 + $3,000,000 = $63,000,000

Initial Policy Limit Of Liability:   $65,000,000
Add $3,000,000
New Limit = $65,000,000 + $3,000,000 = $68,000,000

## H. Deductibles

The Company will not pay for loss or damage, in any one "occurrence" until the amount of loss, damage, cost or expense exceeds the applicable Deductibles shown on the Declarations or elsewhere in the Policy. The Company will then pay the amount of loss, damage, cost or expense in excess of the Deductibles, up to the applicable Limits Of Liability.

Unless stated otherwise, if more than one Deductible applies, the Company will apply each Deductible separately, but the total of all Deductible amounts applied will not exceed the highest applicable Deductible for loss or damage.

If an applicable Deductible is shown as a percentage the Company will determine the amount of Deductible in any one "occurrence" as follows:

**1.** If there is loss of or damage to Covered Property at the "project site", multiply the applicable Deductible percentage shown on the Declarations by the "total values in place" at the time of loss or damage.

**2.** If there is loss of or damage to Covered Property at a "temporary offsite location" or while in transit, multiply the applicable Deductible percentage shown by the total amount of Covered Property at the "temporary offsite location" or in transit at the time of loss or damage.

**3.** Add the Deductible amounts calculated in Paragraphs **1.** and **2.** above together.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

The Deductible amount that will apply to all loss, damage, cost or expense from that "occurrence" will be the greater of the sum determined in Paragraph **3.** above, or an applicable non-percentage Deductible amount.

**EXAMPLE - "Flood" Loss:**

The "insured project" has a "total project value" of $50,000,000. The "total values in place" are $15,000,000 at the time of loss. In addition, a "temporary offsite location" also sustained damage from the same "occurrence". The total amount of Covered Property at the time of loss at the "temporary offsite location" is $250,000. The Annual Aggregate Limit Of Liability shown on the Declarations for "flood" is $10,000,000. The total amount of covered loss at the "project site" and "temporary offsite location" combined is $500,000.

The Flood Deductible amount shown on the Declarations is $100,000 and the Flood Deductible percentage shown on the Declarations is 2%.

The percentage Deductible amount is calculated as follows: 2% x ($15,000,000 + $250,000) = $305,000

The calculated percentage Deductible amount of $305,000 exceeds the Flood Deductible amount of $100,000 shown on the Declarations.

The loss amount payable is **$195,000** [$500,000 (total amount of loss) less $305,000 (calculated percentage Deductible amount)].

**EXAMPLE - "Earthquake" Loss:**

The "insured project" has a "total project value" of $40,000,000. The "total values in place" are $10,000,000 at the time of loss. The Annual Aggregate Limit Of Liability shown on the Declarations for "earthquake" is $5,000,000. The amount of covered loss is $750,000.

The Earthquake Deductible amount shown on the Declarations is $250,000 and the Earthquake Deductible percentage shown on the Declarations is 2%.

The percentage Deductible amount is calculated as follows:  2% x $10,000,000 = $200,000.

The calculated percentage Deductible amount of $200,000 is less than the Earthquake Deductible of $250,000 so the Earthquake Deductible amount of $250,000 shown on the Declaration applies.

The loss amount payable is **$500,000** [$750,000 (total amount of loss) less $250,000 (Deductible amount)].

**I.   Valuation**

The Company will determine the amount of covered loss or damage as follows:

1.   Except as provided in **2.**, **3.** and **4.** below, the cost to repair, rebuild or replace "builders risk property" at the time of direct physical loss or damage by the Insured is based on the following:

   a.   Direct payroll cost for labor directly chargeable to the repair, rebuild or replacement of the damaged "builders risk property";

   b.   Reasonable contractors' profit, overhead charges and construction management fees as included in the original contract, or in any subsequent change order contract, as applicable;

   c.   Expenses for the dismantling, transportation and reassembly of damaged "builders risk property";

   d.   "General conditions expense"; and

   e.   "Property under construction" at the Insured's cost.

   For a "Green building", the valuation will include applicable "Green standards" in force at the time of loss or damage in the cost to repair, rebuild or replace the lost or damaged "Green building". If applicable "Green standards", or equivalent standards, are not available, the Company will replace the lost or damaged "Green building" with construction materials and equipment of like kind and quality.

2.   "Property under construction" owned by others at the lesser of the following:

   a.   The cost to repair, rebuild or replace "property under construction" at the time of direct physical loss or damage with materials of like kind and quality; or

   b.   The amount the Insured is legally obligated to pay for direct physical loss or damage by reason of the Insured's assumption of liability in a written agreement executed prior to the loss or damage of that property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

3. "Property under construction" owned by the Insured that was refurbished, reconditioned or recertified, at the lesser of the cost to repair or replace the "property under construction" or the price which that property might be expected to realize if offered for sale in a fair market on the date of loss or damage.

4. "Landscaping materials" at the cost to repair or replace "landscaping materials" at the time of direct physical loss or damage with materials of like kind, quality and size.

5. "Construction documentation and records" at the full cost necessary to research and reproduce the lost "construction documentation and records", plus the cost of the blank materials on which it resides. However, the Company will only pay for costs of research and reproduction if the Insured reproduces the "construction documentation and records".

6. "Construction trailers" at:

   a. The actual cash value for owned "construction trailers".

   b. For leased, rented or borrowed "construction trailers", the lesser of:

      (1) The cost to repair or replace "construction trailers" with materials of like kind, quality and capability at the time and place of loss or damage; or

      (2) The amount the Insured is legally obligated to pay for direct physical loss or damage by reason of the Insured's assumption of liability in a written agreement executed prior to the loss or damage to "construction trailers".

7. Office trailer contents at the cost to repair or replace the Covered Property at the time of direct physical loss or damage with similar property intended to perform the same function. Office trailer contents not replaced will be valued at actual cash value, at the time and place of loss or damage.

8. Property in transit at the invoice cost of the lost or damaged Covered Property plus accrued shipping charges less shipper's liability, if any.

9. "Spare construction materials" at the lesser of the following:

   a. The cost to repair, rebuild or replace "spare construction materials" at the time of direct physical loss or damage with materials of like kind and quality; or

   b. If owned by others, the amount the Insured is legally obligated to pay for direct physical loss or damage by reason of the Insured's assumption of liability in a written agreement executed prior to the loss or damage of that property.

   However, refurbished, reconditioned or recertified "spare construction materials" owned by the Insured will be valued at the lesser of the cost to repair or replace the "spare construction materials" or the price which that property might be expected to realize if offered for sale in a fair market on the date of loss or damage.

10. "Existing real property" at the following:

   a. Except as provided in Paragraph **b.** below, the cost to repair, rebuild or replace lost or damaged "existing real property" at the time and place of loss or damage with materials of like kind and quality. In the event that materials of like kind and quality are not available due to obsolescence or the means and methods of fabricating, manufacturing or installing such materials are not possible, the Company will pay the cost to repair, rebuild or replace with materials, means or methods that are functionally equivalent to the lost or damaged "existing real property".

   b. "Existing real property" which is not repaired, rebuilt, or replaced will be valued at actual cash value, at the time and place of loss or damage, but not more than the owner's building acquisition cost, less the value of the land.

## J. Definitions

1. "Builders risk property" means:

   a. "Property under construction";

   b. "Landscaping materials"; and

   c. "Temporary works",

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

owned by the Insured or owned by others which are in the Insured's care, custody or control, or that the Insured is contractually responsible for and are included in the "insured project".

2. "Computer virus" means:

   Software, electronic data or code including but not limited to:

   a. Destructive or malicious code or malware;

   b. Denial of service attack; or

   c. Any other acts of electronic vandalism that affect the operation or functionality of "electronic hardware" or software.

3. "Construction documentation and records" means plans, blueprints, drawings, renderings, specifications, models or other contract documents in any format, including those which are stored electronically, relating to the "insured project".

4. "Construction trailers" means modular or portable office trailers, construction trailers, storage trailers, portable restroom or shower facilities and other temporary buildings incidental to the "insured project".

5. "Contractor's extra expense" means the following:

   a. Wages for overtime and work on public holidays;

   b. Rental fees for additional equipment; and

   c. Other reasonable and necessary emergency expenses.

6. "Covered cause of loss" means direct physical loss or damage, not otherwise excluded or limited in this Policy, which actually occurs during the Policy Term.

   "Covered cause of loss" does not mean:

   a. Direct physical loss or damage which actually occurred prior to the Policy Term, regardless of the date on which it first becomes manifest or is first discovered; or

   b. Damage.

7. "Earthquake" means land movement due to seismic activity from an earthquake, including shocks and tremors.

   "Earthquake" does not mean:

   a. Fire, explosion or theft resulting from "earthquake"; or

   b. Tsunami.

8. "Electronic hardware" means computers, computer peripherals, communication systems and other similar devices and components.

9. "ENERGY STAR®" means the rating standard developed as a joint program of the U.S. Environmental Protection Agency and the U.S. Department of Energy with the intent to save money and protect the environment through energy efficient projects and practices.

10. "Existing real property" means buildings or permanent structures, including equipment and apparatus used to maintain or service the buildings or structures, that existed prior to the beginning of the "insured project".

    "Existing real property" does not mean roadways, sidewalks or other paved surfaces or underground utilities at the "project site" that existed prior to the beginning of the "insured project".

11. "Expediting expense" means the costs for:

    a. The temporary repair of the "builders risk property"; and

    b. Expediting the permanent repair and replacement of damaged "builders risk property".

12. "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas or dewatered areas from:

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

   a.   The overflow, or the expansion beyond normal boundaries of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse;

   b.   Waves, tides or storm surge, including tsunami;

   c.   Surface water;

   d.   The spray from items **a.**, **b.** and **c.** above, whether driven by wind or not; or

   e.   Mudslides or mudflows caused by the accumulation of water on or under the ground.

   "Flood" does not mean fire, explosion or theft resulting from "flood".

13. "Fungus" means any form of fungus including, but not limited to, yeast, mold, mildew, rust, smut, mushrooms, spores, mycotoxins, odors or any substances or gases, products or byproducts produced by, released by or arising out of the current or past presence of fungi.

14. "General conditions expense" means the cost of:

   a.   Site protection and security;

   b.   Equipment preservation or maintenance;

   c.   Temporary fencing;

   d.   Temporary office facilities;

   e.   Utilities;

   f.   Related mobilization of equipment;

   g.   Additional storage;

   h.   Equipment rental;

   i.   Testing;

   j.   Quality control; or

   k.   Permits.

15. "Green building" means an "insured project" which is registered at the commencement of that "insured project" to be constructed to "Green standards" with the goal of achieving certification at the completion of the "insured project".

16. "Green standards" means the following standards, products, methods and processes for improving the environment, increasing energy efficiency and enhancing safety and property protection:

   a.   LEED® Green Building Rating System™ of the U.S. Green Building Council;

   b.   Green Globes™ Assessment and Rating System;

   c.   Other recognized independent, third-party administered Green Certification program requirements;

   d.   "ENERGY STAR®"; or

   e.   National Fire Protection Association codes, Underwriter Laboratories standards or other comparable local or International codes.

17. "Insured project" means materials and work which the Insured has contracted for, or is contractually obligated to perform, in accordance with the written construction contract shown on the Declarations for Project Details, unless specifically excluded from coverage as described on the Declarations for Excluded Property and Work.

18. "Landscaping materials" means trees, plants, shrubs, grass, lawns, and other landscaping materials to be installed and made a permanent part of the "insured project"**,** including those incorporated into any vegetative roof or wall systems.

   "Landscaping materials" does not mean such materials that existed at the "project site" prior to the start of the "insured project".

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

19. "Named storm" means a specific storm system that has been named by the U.S. National Oceanic and Atmospheric Administration, the National Weather Service, the National Hurricane Center or the Central Pacific Hurricane Center.

   "Named storm" does not mean "flood" related to or resulting from a "named storm".

20. "Occurrence" means all loss or damage that is attributable directly or indirectly to one cause or a series of similar and related causes. All such losses or damages will be treated as one "occurrence".

   With respect to loss or damage caused by or resulting from:

   a. "Earthquake", all earthquake shocks that occur within any single 168-hour period will constitute a single "occurrence". The expiration of this policy will not reduce the 168-hour period. The Insured may elect the moment when the 168-hour period begins, but no two such periods shall overlap.

   b. "Named storm", all loss or damage arising out of the same "named storm", including any tornados or microbursts associated with that "named storm", will constitute a single "occurrence".

   c. "Flood", all loss or damage arising during a continuous condition will constitute a single "occurrence".

21. "Off premises service interruption" means the interruption of power or other utility services supplied to the "project site", however caused, if the interruption takes place away from the "project site".

22. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

23. "Project site" means the location of the "insured project" as shown on the Declarations.

24. "Property under construction" means:

   a. Materials and supplies;

   b. Fill, backfill or fill additives;

   c. Equipment and machinery;

   d. Furniture and fixtures;

   e. "Electronic hardware" and software; and

   f. Other property as included in the written construction contract,

   that is intended to become a permanent part of the "insured project".

   "Property under construction" does not mean "spare construction materials" or "existing real property".

25. "Spare construction materials" means:

   a. Materials and supplies;

   b. Machinery and equipment;

   c. Furniture and fixtures; or

   d. Other similar property,

   owned by the Insured or owned by others that the Insured is contractually responsible for that is not included as "property under construction" but is kept in reserve for use as part of the "insured project", if needed.

26. "Specified causes of loss" means:

   a. Fire;

   b. Lightning;

   c. Explosion;

   d. Aircraft or vehicles;

   e. Riot or civil commotion;

   f. Windstorm or hail;

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services.

    **g.**  Smoke;

    **h.**  Vandalism or malicious mischief; or

    **i.**  Leakage or accidental discharge from automatic fire protection systems.

**27.** "Temporary offsite location" means any location, other than the "project site", where Covered Property is located on a temporary basis, except while in the course of manufacturing or processing at a manufacturer's or supplier's site or while in transit.

**28.** "Temporary works" means:

    **a.**  Installations or engineered solutions used in the course of construction to provide access, protection, support or services to the Insured at the "insured project"; or

    **b.**  Temporary service, repair or support for the "insured project" until the permanent works have achieved a state of completion allowing the temporary service, repair or support to be removed.

    "Temporary works" includes, but is not limited to:

    **a.**  Formwork and falsework for structures;

    **b.**  Shoring and temporary bracing

    **c.**  Scaffolding;

    **d.**  Temporary bridges;

    **e.**  Site hoarding and fencing;

    **f.**  Signage;

    **g.**  Cofferdams;

    **h.**  Tower crane bases or supports; or

    **i.**  Anchors or ties for construction hoists.

**29.** "Total project value" means the completed cost of the "insured project", including:

    **a.**  Materials and labor costs for the "insured project", "general conditions expense", construction management fees and contractor's profit and overhead;

    **b.**  Property not included in Paragraph **a.** above that is part of the "insured project" and owned by others for which the Insured has assumed responsibility; plus

    **c.**  "Temporary works" not included in Paragraph **a.** above.

**30.** "Total values in place" means the following values which existed immediately prior to the loss or damage to the "insured project":

    **a.**  "Builders risk property" constructed, erected or installed;

    **b.**  "Builders risk property" not yet constructed, erected or installed that is at the "project site"; and

    **c.**  Associated costs for labor, "general conditions expense", construction management fees and contractor's profit and overhead.

**31.** "Water damage" means all loss or damage caused by water, whatever the source and whether or not driven by wind, other than loss or damage caused by or resulting from "flood" or "named storm".

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Contains copyrighted material of the American Association of Insurance Services.



# Amendment to Flood and Named Storm Definitions

| THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY. | |
|---|---|
| Policy No. IM 6846519-00 | Effective Date: 10/31/2019 |

This endorsement modifies insurance provided under the:

**Zurich Completed Value Builders Risk Coverage**

The definitions 12. "Flood" and 19. "Named storm" in Section **J. Definitions** are replaced by the following:

**12.** "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas or dewatered areas from:

   **a.** The overflow, or the expansion beyond normal boundaries of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse;

   **b.** Waves, tides, tidal waves, or  including tsunami, but not "storm surge";

   **c.** Surface water;

   **d.** The spray from items **a.**, **b.** and **c.** above, whether driven by wind or not; or

   **e.** Mudslides or mudflows caused by the accumulation of water on or under the ground.

   "Flood" does not mean fire, explosion or theft resulting from "flood". or "storm surge".

**19.** "Named storm" means a specific storm system that has been named by the U.S. National Oceanic and Atmospheric Administration, the National Weather Service, the National Hurricane Center or the Central Pacific Hurricane Center.  "Named storm" also includes "storm surge".

The following definition is added to Section **J. Definitions**:

   "Storm surge" means a general and temporary condition of partial or complete inundation by salt water, caused by wind driven waves that result from a "named storm", of normally dry land areas or structure(s) in coastal areas, bays or inland waters connected to an ocean or sea.

All other terms, conditions, provisions and exclusions of this policy remain the same.

U-PBR-0321-A CW (01/17)
Page 1 of 1

INTERNAL USE ONLY       Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Delay In Completion Coverage



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| IM 6846519-00 | 10/31/2019 | 02/16/2022 | 10/31/2019 | 11-263-000 | N/A | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Zurich Completed Value Builders Risk Coverage Form**
**Zurich Completed Value Builders Risk General Conditions**
**Zurich Master Builders Risk Coverage Form**
**Zurich Master Builders Risk General Conditions**

**Schedule**

1. Named Insured and Mailing Address:

   700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)
   4100 N.E. 2nd Ave Suite 307
   Miami, FL 33137

2. Anticipated Date of Completion:        11/18/2021
3. Period of Indemnity        548      Days
4. **Deductibles**:

   The following Waiting Period applies in any one "occurrence" for all coverage provided under this endorsement unless

   | | | |
   |---|---|---|
   | Otherwise shown below | 21 | Days |
   | Soft Costs | 21 | Days |
   | Earthquake | 30 | Days |
   | Flood | 30 | Days |
   | Named Storm | 30 | Days |
   | Hot Testing | **NCP** | Days |

5. **Limits Of Liability**

   The applicable Limit of Liability for any specific coverage or Coverage Extension is the most the Company will pay for that coverage or Coverage Extension. If 'NCP' is shown, then no coverage is provided for that Coverage.

   | | | |
   |---|---|---|
   | **Delay Aggregate Limit of Liability** | $ **38,000,000** | Aggregate |
   | **Business Interruption** | $ NCP | Per "Occurrence" |
   | ☐ Monthly Limitation applies at | $ NCP | Per Month |
   | **Rental Value** | $ NCP | Per "Occurrence" |
   | ☐ Monthly Limitation applies at | $ NCP | Per Month |
   | **Soft Costs** | $ **38,000,000** | Per "Occurrence" |
   | **Additional Interest and Financing Expense** | $ Included | Per "Occurrence" |

6. **Coverage Extensions**

   The Coverage Extension Limits of Liability shown below apply as per "occurrence". The Limits for these Coverage Extensions are included in, and not in addition to, the Delay Aggregate Limit of Liability. If 'NCP' is shown under the Limits of Liability for a Coverage Extension, then no coverage is provided for that Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Civil Authority | $ **1,000,000** | Number of Days | 30 |
| Ingress or Egress | $ **1,000,000** | Number of Days | 30 |
| Ordinance and Law | Included | | |

**7.   Additional Soft Costs:**                    Development Fee

**A.   Coverage**

The following Coverages are added to Section **A.**, **Coverage** in the **Zurich Completed Value Risk Coverage Form** or **Zurich Master Builders Risk Coverage Form**.

**1.   Business Interruption**

The Company will pay for the actual loss of "business interruption" sustained by the Named Insured shown in the Schedule above due to the delay in completion of the "insured project" shown in the Schedule above during the "period of indemnity". This delay in completion must be caused by direct physical loss of or damage to Covered Property at the "project site", in transit, or at a "temporary offsite location". The loss or damage must be caused by a "covered cause of loss". The most the Company will pay in any one "occurrence" is the Limit of Liability shown in the Schedule above for Business Interruption.

**2.   Rental Value**

The Company will pay for the actual loss of "rental value" sustained by the Named Insured shown in the Schedule above due to the delay in completion of the "insured project" shown in the Schedule above during the "period of indemnity". This delay in completion must be caused by direct physical loss of or damage to Covered Property at the "project site", in transit, or at a "temporary offsite location". The loss or damage must be caused by a "covered cause of loss". The most the Company will pay in any one "occurrence" is the Limit of Liability shown in the Schedule above for Rental Value.

**3.   Soft Costs**

The Company will pay for the actual and necessary "soft costs" incurred by the Named Insured shown in the Schedule above due to the delay in completion of the "insured project" during the "period of indemnity". This delay in completion must be caused by direct physical loss of or damage to Covered Property at the "project site". The loss or damage must be caused by a "covered cause of loss". The most the Company will pay in any one "occurrence" is the Limit of Liability shown in the Schedule above for Soft Costs.

**4.   Additional Interest And Financing Expenses**

The Company will pay for the actual and necessary "additional interest and financing expenses" incurred by the Named Insured shown in the Schedule above due to the delay in completion of the "insured project" during the "period of indemnity". This delay in completion must be caused by direct physical loss of or damage to Covered Property at the "project site". The loss or damage must be caused by a "covered cause of loss". The most the Company will pay in any one "occurrence" is the Limit of Liability shown in the Schedule above for Additional Interest and Financing Expenses.

**B.   Exclusions**

**1.**   Paragraph **2.a.**, **Consequential Loss**, under Section **C.**, **Exclusions**, in the **Zurich Completed Value Risk Coverage Form** or **Zurich Master Builders Risk Coverage Form** is replaced by the following with respect to coverage provided under this endorsement:

**a.   Consequential Loss**

Loss, damage, cost or expense caused by or resulting from:

**(1)**   Loss of market or loss of use;

**(2)**   Liquidated damages, performance penalties or penalties for non-completion;

**(3)**   Non-compliance with contract conditions; or

**(4)**   Re-sequencing or inefficiencies of construction activities.

**2.**   The following exclusions apply in addition to the exclusions under Section **C.**, **Exclusions**, in the **Zurich Completed Value Risk Coverage Form** or **Zurich Master Builders Risk Coverage Form** with respect to coverage provided by this endorsement:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The Company will not pay for loss of "business interruption" or "rental value" sustained, or "soft costs" or "additional interest and financing expenses" incurred by the Named Insured, caused by or resulting from:

**(1)** Suspension, breach, lapse or cancellation of any permit, lease, license, contract or order or the failure to obtain, maintain or extend any permit, lease, license, contract or order.

**(2)** The unavailability of funds for repair or reconstruction, other than funds due from insurance claim reimbursements.

**(3)** The unavailability of subcontractors.

**(4)** Improvements necessary to correct deficiencies in the original construction.

**(5)** Import, export or customs restrictions or regulations.

**(6)** Alterations, additions, improvements or other changes made in the designs, plans, specifications or other contract documents for work which is required to repair, rebuild or replace lost or damaged Covered Property.

**(7)** Any change to or revision of the original "construction schedule", whether occurring prior to or after the "period of indemnity".

**(8)** Additional time required to repair, rebuild or replace Covered Property as a result of adverse weather conditions.

## C.  Limitations

The following limitations apply with respect to coverage provided under this endorsement:

### 1.  Commercial Operations

The Company will not pay for loss of "business interruption" or "rental value" sustained by the Named Insured for that part of the "insured project" which, at the time of loss or damage, has been put to its intended use.

### 2.  Idle Periods

The Company will not pay for loss of "business interruption" or "rental value" sustained, or "soft costs" or "additional interest and financing expenses" incurred by the Named Insured, during any period in which construction operations would not or could not have been conducted for any reason other than:

**a.** Direct physical loss of or damage to Covered Property as described in Section **A.**, **Coverage**, above;

**b.** A civil authority prohibiting access to the "project site" as described in the Civil Authority Coverage Extension below; or

**c.** A physical obstruction affecting ingress or egress to the "project site" as described in the Ingress or Egress Coverage Extension below.

### 3.  Strikers or Others Causing Delay

The Company will not pay for loss of "business interruption" or "rental value" sustained, or "soft costs" or "additional interest and financing expenses" incurred, caused by or resulting from the delay in rebuilding, repairing, or replacing Covered Property, or resuming construction operations, due to the interference at the "project site" by strikers or other persons.

## D.  Coverage Extensions

The following are Coverage Extensions to coverage set forth in this endorsement. The Policy exclusions, terms and conditions will apply to each coverage Extension, except to the extent that coverage is provided under the applicable Coverage Extension.

Limits of Liability for these Coverage Extensions are included in, and not in addition to, the Delay Aggregate Limit of Liability shown in the Schedule above.

### 1.  Civil Authority

The Company will pay for the actual loss of "business interruption" or "rental value" sustained, and the actual and necessary "soft costs" and "additional interest and financing expenses" incurred, by the Named Insured for up to the number of days shown in the Schedule above due to a delay in completion of the "insured project" when an order of civil authority prohibits access to the "project site". That order must result from the civil authority's

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

response to direct physical loss of or damage to property not insured under this Policy located within one mile from the "project site". The loss or damage must be directly caused by a "covered cause of loss".

The most the Company will pay under this Coverage Extension is the Limit of Liability shown in the Schedule above for Civil Authority.

**2.  Ingress Or Egress**

The Company will pay for the actual loss of "business interruption" or "rental value" sustained, and the actual and necessary "soft costs" and "additional interest and financing expenses" incurred, by the Named Insured for up to the number of days shown in the Schedule above due to a delay in completion of the "insured project" when ingress or egress to the "project site" by suppliers, contractors or employees is physically obstructed due to direct physical loss or damage to property not insured under this Policy located within one mile from the "project site". The loss or damage must be directly caused by a "covered cause of loss". The obstruction cannot be the result of an order of civil authority that prohibits access to that "project site".

The most the Company will pay under this Coverage Extension is the Limit of Liability shown in the Schedule above for Ingress or Egress.

**3.  Ordinance Or Law**

In the event of loss of or damage to "builders risk property" by a "covered cause of loss", coverage provided under this endorsement is extended to include the amount of actual loss of "business interruption" or "rental value" sustained during the "period of indemnity" caused by or resulting from a requirement to comply with any ordinance or law that is in force at the time of loss or damage that:

**a.**  Regulates the construction or repair of the "builders risk property"; and

**b.**  Requires the tearing down of any undamaged portion of the constructed, erected or installed "builders risk property".

However, no coverage is provided under this Ordinance or Law Coverage Extension for any increased period required due to the enforcement of any ordinance or law which requires:

**a.**  Any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, "pollutants", "fungus", wet rot, dry rot and bacteria;

**b.**  The demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot and bacteria; or

**c.**  Any Insured or others to comply with any ordinance or law that was required to be complied with in the absence of the loss or damage.

The Limit of Liability for this Coverage Extension is included in, and not in addition to, the applicable Limit of Liability shown for Business Interruption or Rental Value shown in the Schedule above.

**E.  Limits Of Liability**

The applicable Limit of Liability shown in the Schedule above for any specific coverage is the most the Company will pay for that coverage. Such Limits of Liability are included in, and not in addition to the Policy Limit of Liability or any applicable Catastrophe Coverage Limits of Liability shown on the Declarations.

However, the most the Company will pay during the Policy Term, regardless of the number of "occurrences", for all loss, damage, cost or expense covered under this Delay in Completion Coverage is the Limit of Liability shown in the Schedule above for Delay Aggregate Limit of Liability.

**F.  Deductibles**

The following is added to, Section **G.**, **Deductibles**, in the **Zurich Completed Value Builders Risk Coverage Form** or Section **H.**, **Deductibles**, in the **Zurich Master Builders Risk Coverage Form**:

The Company will not pay for loss of "business interruption" or "rental value" sustained or "soft costs" or "additional interest and financing expenses" incurred by the Named Insured in any one "occurrence" until such loss, costs or expenses are incurred after the applicable Waiting Periods shown in the Schedule above. The Company will then pay the amount of actual "business interruption" or "rental value"  loss sustained or the actual and necessary "soft costs" or "additional interest and financing expenses" incurred after the applicable Waiting Period, up to the applicable Limits of

Liability shown in the Schedule above. The Waiting Period begins immediately following the "anticipated date of completion".

In the event the "period of indemnity" does not exceed the applicable Waiting Period, no coverage will apply.

With respect to applicable "flood", "named storm", "earthquake" or "hot testing" Waiting Periods that apply in the same "occurrence", only the longest applicable Waiting Period will apply.

**G.  Additional Condition**

The following condition applies in addition to the **Zurich Completed Value Builders Risk General Conditions** or the **Zurich Master Builders Risk General Conditions** with respect to coverage provided by this endorsement:

**Construction Schedule Changes**

In the event there are revisions to the "construction schedule" the Insured must provide the Company with the revised "construction schedule" as soon as practicable.

**H.  Loss Determination**

**1.  Sources of Information**

The amount of "business interruption" loss will be based on relevant sources of information, including, but not limited to:

**a.**  The Insured's financial records, tax returns, and accounting procedures;

**b.**  Bills, invoices, and other vouchers;

**c.**  The "construction schedule"; and

**d.**  Deeds, liens, and contracts.

**2.  Gross Earnings**

The amount of "gross earnings" and "rental income" loss will be determined based on:

**a.**  The experience of the business before and after the direct physical loss or damage occurred; and

**b.**  The probable experience of the business if no direct physical loss or damage had occurred, but not including the "gross earnings" or "rental income" that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered cause of loss" on customers or on other businesses.

**3.  Non-continuing Expenses**

The Company will reduce the amount of "business interruption" or "rental value" loss to the extent the Named Insured's normal ongoing charges and expenses, including payroll, discontinue during the "period of indemnity" or to the extent they are not necessary to start or resume the Named Insured's business activities with the same quality of service that existed immediately preceding the loss.

**4.**  The Company will reduce the amount of the "business interruption" or "rental value" loss payment to the extent the Named Insured:

**a.**  Could resume the planned operation of the "insured project", in whole or in part, by:

**(1)**  Using damaged or undamaged property, including "raw stock", "stock in process" or "finished stock";

**(2)**  Using any other location;

**(3)**  Using the services or property of others; or

**(4)**  Working extra time or overtime.

**b.**  Is entitled to liquidated damages from other parties, whether the Named Insured can collect on it or not.

**5.  Expense to Reduce Loss**

The Company will pay the reasonable and necessary expenses incurred by the Insured, except the cost to extinguish a fire, to reduce the amount of "business interruption" or "rental value" loss. The Company will pay for

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

such expenses only to the extent that those expenses do not exceed the amount of "business interruption" or "rental value" loss that would otherwise have been payable.

**I.   Optional Coverage**

If an "X" is shown in the Schedule above for Monthly Limitation, the following applies:

**Monthly Limitation**

The most the Company will pay for loss of "business interruption" or "rental value" in each period of 30 consecutive days after the beginning of the "period of indemnity" is the applicable Limit of Liability shown in the Schedule for Monthly Limitation. However, the most the Company will pay in any one "occurrence" for the loss of "business interruption" or "rental value" is the applicable Occurrence Limit of Liability shown in the Schedule above.

**J.   Additional Definitions**

The following definitions are added to Section **I.**, **Definitions**, in the **Zurich Completed Value Builders Risk Coverage Form** or Section **J.**, **Definitions**, in the **Zurich Master Builders Risk Coverage Form**:

"Additional interest and financing expenses" means:

**a.**   Additional interest charged by lenders to extend or renew interim financing;

**b.**   Interest or principal payments on money borrowed by the Named Insured for the "insured project" that are due and must be paid whether or not the "insured project" is operational; and

**c.**   Additional costs incurred by the Named Insured to obtain new financing for the "insured project" should the financing expire or be nonrenewed, including additional loan fees incurred to rearrange financing necessary to complete the "insured project".

"Anticipated date of completion" means the later of:

**a.**   The Anticipated Date of Completion shown in the Schedule above on which the work is scheduled to be completed for the commencement of the commercial operations or the use and occupancy of the "insured project"; or

**b.**   The anticipated completion date shown in the most current "construction schedule", if applicable, modified to a date later in time than the effective date of this Delay in Completion Coverage.

"Business interruption" means "gross earnings" less non-continuing expenses.

"Construction schedule" means the time table, critical path, time line, bar chart or other scheduling tool documenting the start and completion dates of the operations required for construction of the "insured project".

"Finished stock" means stock, which is ready for sale by the Named Insured that is manufactured by the Named Insured or under the Named Insured's direction and specifications.

"Gross earnings" means the sum of:

**a.**   Total net sales value of production;

**b.**   Total net sales of "merchandise"; and

**c.**   Other earnings derived from the Named Insured's business activities, other than "rental income",

from the planned operation of the "insured project" upon occupancy,

Less the cost of:

**a.**   "Raw stock" from which production is derived;

**b.**   Supplies consisting of materials consumed directly in the conversion of such "raw stock" into "finished stock" or in supplying the services sold by the Named Insured;

**c.**   "Merchandise" sold, including related packaging materials; and

**d.**   Services purchased from others (not the Named Insured's employees, including leased or temporary employees) for resale which do not continue under contract.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

"Hot testing" means the testing of machinery or equipment that will be used in manufacturing, processing or power generation operations, when such machinery or equipment involves the use of feedstock, fuel, catalysts or similar materials, for the purpose of simulating load, operating or production conditions to train personnel or to verify the machinery or equipment functions according to the design specifications.

"Hot testing" does not mean electrical, mechanical, hydraulic, hydrostatic and pneumatic testing, including the startup and testing of systems and equipment that are intended to service a building, including boilers, chillers, pumps, and similar equipment.

"Merchandise" means good held for sale which are not "raw stock", "stock in process" or "finished stock".

"Period of indemnity" means the period of time that begins immediately following the "anticipated date of completion" for the "insured project". The "period of indemnity" ends on the earlier of:

**a.**   The applicable number of days shown in the Schedule above for Period of Indemnity; or

**b.**   The actual date on which the commercial operations or use and occupancy can commence with the exercise of due diligence.

The expiration date of this Policy will not cut short the "period of indemnity".

"Raw stock" means material in the state in which the Insured acquired it for conversion into "finished stock".

"Rental income" means revenues from signed rental or lease agreements, as of the date of loss or damage that would have been earned or incurred from tenant occupancy of the "insured project" including the fair market value for rental of any portion of the "insured project" which is designated to be occupied by the Named Insured.

"Rental value" means "rental income" less non-continuing expenses.

"Soft costs" means the following additional expenses:

**a.**   Legal and accounting expense;

**b.**   Architects, engineers and design professionals fees;

**c.**   Real estate taxes, ground rents and property tax assessments;

**d.**   Insurance premiums;

**e.**   Project administration expense and general overhead such as temporary leasing or rental expense, clerical expense and other similar expenses;

**f.**   Advertising and promotional expense;

**g.**   Commissions or fees for renegotiating leases;

**h.**   Lost commitment fees from prospective tenants or purchasers;

**i.**   Testing and quality control costs; and

**j.**   Any other applicable expenses as described in the Schedule above for Additional Soft Costs.

"Stock in process" means "raw stock" which has undergone aging, seasoning, mechanical, or other process of manufacture but which has not become "finished stock".

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Cost Of Correcting Or Making Good Exclusion Amendment



| THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY. |
| --- |

| Policy No. IM 6846519-00 | Effective Date: 10/31/2019 |
| --- | --- |

This endorsement modifies insurance provided under the:

**Zurich Completed Value Builders Risk Coverage Form**
**Zurich Master Builders Risk Coverage Form**

As respects the **Zurich Master Builders Risk Coverage Form**, this endorsement shall only apply to an "insured project" when it is specifically noted on the "reporting form" that the **Cost Of Correcting Or Making Good Exclusion Amendment** applies to the specific "insured project".

**A. Schedule**

| Schedule | | |
| --- | --- | --- |
| **Deductible** | **$ 100,000** | Any One "Occurrence" |

**B.** The **Cost Of Correcting Or Making Good** exclusion in Paragraph **2.b.** of Section **C. Exclusions** is replaced by the following:

**Cost Of Correcting Or Making Good**

Costs or expense that would have been incurred to rectify any of the following had such condition been rectified immediately prior to the loss or damage:

**(1)** Errors or omissions in, or faulty, defective or deficient designs, plans or specifications; or

**(2)** Faulty, inadequate or defective workmanship or construction supplies or materials used.

But if the result of one of these excluded causes of loss is a "covered cause of loss", the Company will pay for that portion of the direct physical loss or damage which was caused by that "covered cause of loss". However, in no event will the Company pay the costs or expense to improve or redesign the original materials, supplies, designs, plans or specifications or to improve workmanship.

The deductible stated in the Section **A. Schedule** of the **Cost Of Correcting Or Making Good Exclusion Amendment** shall apply in any one "occurrence", except where a larger deductible applicable to a covered peril is stated elsewhere in this policy.

All other terms, conditions, provisions and exclusions of this policy remain the same.

U-ZBR-0307-B CW (01/17)
Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Quota Share Provision



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| IM 6846519-00 | 10/31/2019 | 02/16/2022 | 10/31/2019 | 11-263-000 | N/A | N/A |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies the following:

**Zurich Completed Value Builders Risk Coverage Form**
**Zurich Master Builders Risk Coverage Form**

### SCHEDULE

| Quota Share Insurers | Quota Share Participation | Policy Number | Signature |
|---|---|---|---|
| Zurich America Ins. Co. | 25% | IM 6846519-00 | |
| Allianz Global Risks US Insurance Company | 25% | USE00079719 | |
| ACE American Insurance Company | 25% | I11166647 001 | |
| National Fire & Marine Insurance Company | 25% | 42-PBR-309265-01 | *Snd S. Wrst* |

**Third Party Adjuster:**        McLarens, LLC
**Insured Contact Name and Address:**        Mike Kaemph

1240 Iroquois Avenue, Suite 206

Naperville, IL. 60563 USA

Michael.Kaemph@McLarens.com

(630) 615-9950

**A.** The first Insurer shown in the Schedule above is the Lead Insurer.

**B.** Each of the Quota Share Insurers shown in the Schedule above (herein referred to as Insurers) agrees to insure for the applicable Quota Share Participation percentage share shown in the Schedule above, for each loss covered under this Policy. The liability of each Insurer will be several but not joint. No Insurer will assume any liability beyond its respective percentage share of liability for any loss.

The word Insurer replaces the word Company wherever it appears throughout this Policy, except with respect to item **2.**, Insuring Company, in the Declarations.

**C.** The inability or failure of any Insurer to pay its percentage share of liability for or relating to any loss will not increase, change or in any way affect the obligation of any of the other Insurers.

**D.** This Policy is written on terms and conditions that have been reviewed and accepted by all Insurers, the Insured and the Broker of Record. No liability will be assumed or assigned to the Insurer drafting the form.

**E.** Each Insurer will be responsible for regulatory filings, invoicing, collection of premiums, applicable premium refunds and payment of any regulatory fees or taxes associated with the insurance provided by that Insurer under this Policy.

**F.** The Broker of Record will be responsible for obtaining the signatures of the Insurers and for delivering the Policy to the Insured and the Insurers. Any requests for changes to the terms and conditions of this Policy must be directed from the Insured's Broker to each Insurer and must be agreed to by all Insurers.

**G.** Any changes to the terms or conditions of this Policy must be accepted in writing by each of the Insurers and the Insured before becoming effective.

**H.** All notices or communications concerning this Policy will be mailed to the Insured as shown in the Schedule above for Insured Contact Name and Address.

**I.** In the event of loss or damage which may give rise to a claim under this Policy, the following is added to the **Duties In The Event Of Loss** Condition:

   **1.** The Named Insured will give the Lead Insurer and the Third Party Adjuster prompt notice of the loss or damage.

   **2.** Upon receiving notice of loss or damage, the Lead Insurer will advise the Broker of Record of such loss or damage. The Broker of Record will notify the other Insurers as soon as practicable, but not later than 48 hours after the loss or damage becomes known to the Broker of Record.

   **3.** The Lead Insurer will cooperate with the other Insurers:

      **a.** In the appointment and retention of third parties with respect to the handling of the loss adjustment, including accounting consultants, engineers and other experts as necessary. All such third parties shall act on behalf of and represent the interests of all Insurers. In no event will the Lead Insurer act unilaterally in the appointment of third parties; and

      **b.** In all investigations, negotiations, adjustments and settlements in connection with a claim under this Policy.

   **4.** The Lead Insurer will coordinate all activities involving any claim in accordance with the terms and conditions set forth in this Policy. The loss payment and claim expense will be shared by the Insurers according to their Quota Share Participation shown in the Schedule above.

   **5.** All Insurers agree to use the Third Party Adjuster shown in the Schedule above for the adjustment of all claims under this Policy. The Third Party Adjuster shall act on behalf of the interests of all Insurers when communicating with the Insured. This assignment may only be changed by mutual consent of the first Named Insured and the Insurers shown in the Schedule above.

   **6.** Any defense of a claim available to one of the Insurers will be available to all of the Insurers.

   **7.** The Insurers shall have the right to attend all meetings relating to the investigation, negotiation, adjustment or settlement of the claim and are entitled to receive all information and claim related documentation obtained by the Lead Insurer with respect to any claim.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Insured Name:** 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia)
**Policy Number:** IM 6846519-00
**Effective Date:** 10/31/2019



## THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

$17,305

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

U-GU-630-D CW  (01/15)
Page 1 of 2

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**E.   Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.   To be an act of terrorism;

2.   To be a violent act or an act that is dangerous to human life, property or infrastructure;

3.   To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.   To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Cap On Losses From Certified Acts Of Terrorism



| Insured's Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| 700 Edgewater Development, LLC; dba: 700 Edgewater (aka Missoni Baia) | IM 6846519-00 | 10/31/2019 | **A** |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY**.

This endorsement modifies your insurance.

**A.  Cap on Losses From Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4**. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B.  Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

U-GU-767-B CW  (01/15)
Page 1 of 1

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Fraud Warnings Disclosure
# Property and Casualty Application Addendum



TO BE ATTACHED TO AND FORM PART OF THE APPLICATION.  IF FRAUD WARNINGS ARE INCLUDED IN THE APPLICATION TO WHICH THIS IS ATTACHED, THIS DISCLOSURE REPLACES THOSE WARNINGS.

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which may subject the person to criminal and civil penalties. (Not applicable in AL, AR, CO, DC, FL, KS, KY, LA, MD, ME, MN, NJ, NM, NY, OH, OK, OR, PA, PR, RI, TN, TX, VA, VT, WA, and WV.)

In **Arkansas**, **Louisiana**, **Rhode Island**, **or West Virginia**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **Alabama**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines or confinement in prison, or any combination thereof.

In **Colorado**: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company.  Penalties may include imprisonment, fines, denial of insurance and civil damages.  Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

In **District of Columbia**: Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person.  Penalties include imprisonment and/or fines.  In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

In **Kansas**:

Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act.

In **Kentucky**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

In **Tennessee** or **Washington**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

In **Maryland**: Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **Minnesota**:  A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

In **New Jersey**: Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

In **New Mexico**: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

In **New York**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

In **Ohio**: Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

In **Oklahoma**: WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

In **Oregon**:  Any person who knowingly and with intent to defraud any insurer or other person files an application for insurance or statement of claim containing any materially false information upon which an insurer relies, if such information was either material to the risk assumed by the insurer or the misinformation was provided fraudulently, may commit a fraudulent insurance act, which may be a crime and may subject the person to criminal and civil penalties.

In **Pennsylvania**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

In **Puerto Rico**: Any person who has committed fraud, as defined in the law, shall incur a felony, and if convicted, shall be sanctioned for each violation by a penalty of a fine of not less than five thousand dollars ($5,000), nor more than ten thousand dollars ($10,000), or a penalty of imprisonment for a fixed term of three (3) years, or both penalties. If there were aggravating circumstances, the fixed penalty thus established may be increased up to a maximum of five (5) years; if extenuating circumstances are present, it may be reduced to a minimum of two (2) years. In addition to the penalties provided in this chapter, any person who, as a result of the fraud thus committed is benefited in any way to obtain insurance, or in the payment of a loss pursuant to an insurance contract, shall be imposed the payment of restitution of the amount of money resulting from the fraud.  Every violation shall have a prescription term of (5) five years.

In **Texas**: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

In **Vermont**:  Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

In **Virginia**:  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.



# SANCTIONS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**