# EXHIBIT E

# SWORN STATEMENT IN PROOF OF LOSS
# FOR DELAY IN COMPLETION

| $38,000,000 | See Exhibit "A" hereto |
|---|---|
| AMOUNT OF POLICY AT TIME OF LOSS | POLICY NUMBER |
| 10/31/2019 | Willis of Florida |
| DATE ISSUED | AGENT |
| 2/16/2022 | Florida |
| DATE EXPIRES | AGENCY AT |

To:  Zurich American Insurance Company, Allianz Global Risks US Insurance Company, ACE American Insurance Company, National Fire & Marine Insurance Company

of:  various locations

At the time of loss, by the above indicated policy of insurance, you insured: 700 Edgewater Development, LLC

against loss by Delay in Completion to the property described in the policies listed on Exhibit "A", according to the terms and conditions of the said policies and all forms, endorsements, transfers and assignments attached thereto.

1.  **Time and Origin:**  A Differential Settlement loss occurred about the hour of _____ o'clock on or about the 4th day of April 2021. The cause and origin of the said loss was Differential settlement caused a shift in the building under construction and caused direct physical loss of and damage to the builder's risk property and delayed the completion of the insured project during the period of indemnity.

2.  **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever:  Residential condominium under construction

3.  **Title and interest:** At the time of the loss the interest of your insured in the property described therein was:  Owner.  No other person or persons had any interest therein or encumbrance thereon, except: None

4.  **Changes:**  Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: Partial temporary certificate of occupancy issued on June 9, 2023.

5.  **Total Insurance:**  The total amount of insurance upon the property described by this policy was, at the time of loss, $38,000,000 as more particularly specified in the policies listed in Exhibit "A", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

| | |
|---|---|
| 6.  **Full Replacement Cost of said property at the time of loss was** | $ N/A |
| 7.  **The Full Cost of Repair or Replacement is** | $ 36,923,261.98[1] |
| 8.  **Applicable Depreciation or Betterment is** | $ 0.00 |
| 9.  **Actual Cash Value of the Claim** | $ 36,923,261.98 |
| 10.  **Less Deductible** and/or participation by the insured | $ 192,259.00 |
| 10a.  **Less Advance Payments** | $ 19,257,083.00 |
| 11.  **Actual Cash Value of the Claim** is Line 9 minus Line 10 | $ 17,473,919.98[2] |
| 12.  **Supplemental Claim for Recoverable Deprec.** To be filed in accordance with the terms and conditions of the Replacement Cost Coverage within _____ days from the date of loss shown above, and will not exceed: | $ N/A |

---

[1] This amount represents only the soft costs and additional interest and financing expenses that 700 Edgewater Development, LLC (the "Insured") incurred for sixteen (16) months of delay in completion of the insured project during the period of indemnity caused by direct physical loss of or damage to Covered Property at the project site.  The Insured's claim submitted to date for soft costs and additional interest and financing expenses that the Insured incurred due to delay in completion of the insured project during the period of indemnity caused by direct physical loss of or damage to Covered Property at the project site is $36,923,261.98.  The Insured reserves all of its rights and remedies under the policies to indemnity for the remainder of the Insured's claim and indemnity for all of the Insured's damages, costs and expenses caused by the losses that are covered by the policies.

[2] A breakdown of each Insurer's share of the actual cash value of the outstanding portion of the claim in Line 11 is set forth in Exhibit "B."

**Pursuant to Section 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in Section 775.082, Section 775.083, or Section 775.084, Florida Statutes.**

The furnishing of this document or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

INSURED:

700 Edgewater Development, LLC

By: _____
Name: Jason Jacobson
Title: Manager
Date: 3/24/26

STATE OF Florida
COUNTY OF Miami Dade

Subscribed and sworn before me by means of ☑ physical presence or ☐ online notarization, this 24th day of March 2026, by Jason Jacobson, the Manager of 700 Edgewater Development, LLC, on behalf of the company. He/she is personally known to me (YES) (NO) or has produced _____ as identification.

_____
Notary Public

[Notarial Seal]

KRISTINA A TORRES
Notary Public - State of Florida
Commission # HH 490496
My Comm. Expires Feb 8, 2028
Bonded through National Notary Assn.

Kristina Torres
Printed Name of Notary

## EXHIBIT "A"

## POLICIES

| Insurer | Policy Number |
|---|---|
| Zurich American Insurance Company | IM 6846519-00 |
| Allianz Global Risks US Insurance Company | USE00079719 |
| ACE American Insurance Company | I11166647 001 |
| National Fire & Marine Insurance Company | 42-PBR-309265-01 |

A-1

## EXHIBIT "B"

### SHARE OF ACTUAL CASH VALUE OF THE OUTSTANDING PORTION OF THE CLAIM

| Quota Share Insurer | Quota Share Participation | Share of Outstanding Portion of Claim |
|---|---|---|
| Zurich American Insurance Company | 25% | $ 4,368,479.99 |
| Allianz Global Risks US Insurance Company | 25% | $ 4,368,479.99 |
| ACE American Insurance Company | 25% | $ 4,368,479.99 |
| National Fire & Marine Insurance Company | 25% | $ 4,368,479.99 |

# SWORN STATEMENT IN PROOF OF LOSS
# FOR DIRECT PHYSICAL LOSS OF DAMAGE TO
# THE BUILDER'S RISK PROPERTY

**$212,816,144**
AMOUNT OF POLICY AT TIME OF LOSS

**10/31/2019**
DATE ISSUED

**2/16/2022**
DATE EXPIRES

**See Exhibit "A" hereto**
POLICY NUMBER

**Willis of Florida**
AGENT

**Florida**
AGENCY AT

To: Zurich American Insurance Company, Allianz Global Risks US Insurance Company, ACE American Insurance Company, National Fire & Marine Insurance Company

of: various locations

At the time of loss, by the above indicated policy of insurance, you insured: 700 Edgewater Development, LLC

against loss by direct physical loss of and damage to the property described in the policies listed on Exhibit "A", according to the terms and conditions of the said policies and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A Differential Settlement loss occurred about the hour of_____o'clock on or about the 4th day of April 2021. The cause and origin of the said loss was Differential settlement caused a shift in the building under construction and caused direct physical loss of and damage to the builder's risk property and delayed the completion of the insured project during the period of indemnity.

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever: Residential condominium under construction

3. **Title and interest:** At the time of the loss the interest of your insured in the property described therein was: __Owner__. No other person or persons had any interest therein or encumbrance thereon, except: None

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: Partial temporary certificate of occupancy issued on June 9, 2023.

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, $212,816,144 as more particularly specified in the policies listed in Exhibit "A", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. **Full Replacement Cost of said property at the time of loss was**     $ N/A

7. **The Full Cost of Repair or Replacement is**     $ 18,818,066.93[1]

8. **Applicable Depreciation or Betterment is**     $ 0.00

9. **Actual Cash Value of the Claim**     $ 18,818,066.93

10. **Less Deductible** and/or participation by the insured     $ 50,000.00

    **10a. Less Advance Payments**     $ 13,811,128.09

11. **Actual Cash Value of the Claim** is Line 9 minus Line 10     $ 4,956,938.84[2]

12. **Supplemental Claim for Recoverable Deprec.**
    To be filed in accordance with the terms and conditions
    of the Replacement Cost Coverage within _____ days     $ N/A
    from the date of loss shown above, and will not exceed:

---

[1] This amount represents only the hard cost of repair that 700 Edgewater Development, LLC (the "Insured") incurred for the direct physical loss of and damage to the "builder's risk property." The Insured's claim submitted to date for costs of repairing the direct physical damage to the builder's risk property is $18,818,066.93. The Insured reserves all of its rights and remedies under the policies to indemnity for the remainder of the Insured's claim and indemnity for all of the Insured's damages, costs and expenses caused by the losses that are covered by the policies.

[2] A breakdown of each Insurer's share of the actual cash value of the outstanding portion of the claim in Line 11 is set forth in Exhibit "B."

**Pursuant to Section 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in Section 775.082, Section 775.083, or Section 775.084, Florida Statutes.**

The furnishing of this document or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

INSURED:

700 Edgewater Development, LLC

By: _____
Name: Jason Jacobson
Title: Manager
Date: 3/24/26

STATE OF _Florida_
COUNTY OF _Miami Dade_

Subscribed and sworn before me by means of ☒ physical presence or ☐ online notarization, this 24th day of _March_ 2026, by Jason Jacobson, the Manager of 700 Edgewater Development, LLC, on behalf of the company. He/she is personally known to me (YES) (NO) or has produced _____ as identification.

Notary Public

_Kristina Torres_
Printed Name of Notary

[Notarial Seal]

KRISTINA A TORRES
Notary Public - State of Florida
Commission # HH 490496
My Comm. Expires Feb 8, 2028
Bonded through National Notary Assn.

**EXHIBIT "A"**

**POLICIES**

| Insurer | Policy Number |
|---|---|
| Zurich American Insurance Company | IM 6846519-00 |
| Allianz Global Risks US Insurance Company | USE00079719 |
| ACE American Insurance Company | I11166647 001 |
| National Fire & Marine Insurance Company | 42-PBR-309265-01 |

A-1

## EXHIBIT "B"

### SHARE OF ACTUAL CASH VALUE OF THE OUTSTANDING PORTION OF THE CLAIM

| Quota Share Insurer | Quota Share Participation | Share of Outstanding Portion of Claim |
|---|---|---|
| Zurich American Insurance Company | 25% | $ 1,239,234.71 |
| Allianz Global Risks US Insurance Company | 25% | $ 1,239,234.71 |
| ACE American Insurance Company | 25% | $ 1,239,234.71 |
| National Fire & Marine Insurance Company | 25% | $ 1,239,234.71 |