# EXHIBIT F

# 700 EDGEWATER

**MISSONI BAIA**

700 Northeast 26th Terrace,
Edgewater, Miami, FL

## April 4, 2021 – Differential Settlement

## Analysis of Delay to Completion Date

## J.S. Held Report

May 22, 2025

**Privileged & Confidential**



**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**



# CONTENTS

1.0   EXECUTIVE SUMMARY ...................................................................................................1

    Curtainwall Delay ......................................................................................................2

    Delay to Installation of Interiors & Commissioning After Curtainwall Delay.......................3

    Level 6 Repairs ...........................................................................................................3

    Pre-Event Schedule Forecast TCO................................................................................4

2.0   INTRODUCTION ..........................................................................................................5

3.0   THE APRIL 4, 2021 DIFFERENTIAL SETTLEMENT EVENT..............................................6

    Curtainwall ................................................................................................................6

    Repairs to Installed Interior Finishes ............................................................................7

    Level 6 Slab Remediation ............................................................................................8

4.0   IMPERIUM DELAY IN COMPLETION CLAIM.................................................................9

5.0   PRE-EVENT SCHEDULE FORECAST TCO DATE .......................................................... 11

    Pre-Event Schedule Critical Path................................................................................11

    July 31, 2021 Schedule Update ...................................................................................11

6.0   J.S. HELD DELAY IN COMPLETION ANALYSIS ........................................................... 14

    Methodology.............................................................................................................14

    Curtainwall Delays ....................................................................................................14

    Installation of Interior Finish Works Once Drywall Commences .....................................21

    Kitchen Cabinet Installation .......................................................................................21

    Hoist Removal ..........................................................................................................22

    Level 6 Repairs .........................................................................................................23

    Sitework Delays.........................................................................................................23

© 2025 J.S. HELD, LLC



# 1.0   EXECUTIVE SUMMARY

1.1   700 Edgewater Development (the "Insured") constructed a 60-story tower in Miami, Florida known as the Mission Baia Tower (the "Project"). On April 4, 2021, differential settlement of the building was observed (the "Event"). Prior to the Event, the most recent schedule update dated February 25, 2021 ("Pre-Event Schedule") forecast a TCO of February 10, 2022.

1.2   Due to the Event, sections of the curtainwall for floors 8-36 had to be replaced along with repairs to damaged interior finishes. In addition, concrete repairs were also required to areas on level 6.

1.3   J.S. Held has been informed that the Project achieved TCO on June 9, 2023. This provides for a total delay of 16 months to the Pre-Event Schedule TCO of February 10, 2022.

1.4   The Insured appointed Imperium Consulting Group ("Imperium") to prepare a claim for costs incurred due to the differential settlement. In an April 11, 2025 report, Imperium submitted a delay in completion claim of 16 months. The Imperium report details the 16-month delay is associated with:

- 13.4 months of delay from repairs to the curtainwall, and
- 2.3 months from repairs to the 6th floor slab after the curtainwall was complete and hoist removed.

1.5   Based on J.S. Held's analysis of the documentation provided, J.S. Held's opinion is that 8 months of delay to the June 9, 2023 TCO can be allocated to repairing the damage to the curtainwall. J.S. Held cannot allocate any additional delay to the June 9, 2023 TCO after the curtainwall delays. The table below summarizes the current opinions of Imperium and J.S. Held relating to the causes of delay to the June 9, 2023 TCO:

| Area of Delay | Imperium Position | J.S. Held Position |
|---|---|---|
| Curtainwall Delay | 14m | 8m |
| Completion Level 6 Repairs After Curtainwall Delay | 2m | 0m |
| Delay to Installation of Interior Finishes & Commissioing After Curtainwall Delay | 0m | 8m |

1.6   J.S. Held's opinions are summarized in the sections below:

© 2025 J.S. HELD, LLC

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**



## Curtainwall Delay

1.7    The start of drywall installation to the floors was a successor activity to the completion of the curtainwall. Imperium state this on page 13 of their report:

> • Exterior Finishes
>    – *Glass / Curtainwall* installation was ongoing at the 30th and 31st Floor.
>    – The critical projected completion date for *Glass Curtainwall* and *Window Wall / Sliding Doors* was August 27, 2021.
>    – Per the plan, the start of drywall installation followed completion of exterior *Glass / Curtainwall* and *Window Wall* activities.

1.8    If there was a 14-month critical delay from the curtainwall as claimed by Imperium, it is expected that the drywall, being a follow-on activity to the completion of the curtainwall, would also be delayed by 14 months. However, the schedule updates provided show this is not the case.

1.9    Based on J.S. Held's analysis of the documents provided, the commencement of the drywall is delayed 8 months by the replacement of the curtainwall due to the settlement event. An 8-month delay is consistent with Imperium's April 2024 analysis of delay to the curtainwall completion from the Event.[1]

1.10   The revised Imperium calculation of 14 months refers to their calculated repair period for the curtainwall, and not the delay in completion of curtainwall as Imperium had previously stated. The diagram below summarizes the Imperium and J.S. Held positions on the critical delays to the curtainwall.

---

[1] Imperium in their April 2024 analysis states the delay to the completion of all the curtainwall was 8.4 months.

© 2025 J.S. HELD, LLC

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**





## Delay to Installation of Interiors & Commissioning After Curtainwall Delay

1.11    The progress of the curtainwall installation at the end of March 2022 was sufficiently progressed to allow installation of the drywall to commence up to floor 56. After March 2022, the schedule shows installation of interior finishes and systems testing for floors 38-56 drives the TCO on June 9, 2023. After March 2022, J.S. Held cannot identify any delay to the installation of the interior finishes or systems testing for the units included in the June 9, 2023 TCO, caused by repairing damage from the Event.

## Level 6 Repairs

1.12    Imperium claim the Project is further delayed 2.3 months due to the repair of the level 6 mega columns. While J.S. Held acknowledges that level 6 repairs are being carried out after the hoist is removed, there is nothing in the documentation provided that links these repairs to the completion of the interior finishes to the units required for the June 9, 2023 TCO.

© 2025 J.S. HELD, LLC



## Pre-Event Schedule Forecast TCO

1.13    In the Pre-Event Schedule, the TCO is February 10, 2022 and represents TCO for floors 38 through 57. Based on J.S. Held's analysis of the schedule, key areas of scope such as hoist removal and the Project achieving permanent power are not defined in the Pre-Event Schedule. Imperium state that the hoist would not have started to be removed until December 2021 (2 months prior to TCO), had the event not occurred.

1.14    In addition, in the first schedule update after the event dated July 31, 2021, links are added by the Contractor between the completion of the HVAC, Punchlist, Plumbing and Fire Inspections from floors 38-57 to the systems start-up required for TCO of those floors. The impact of this logic revision is to delay the TCO date in addition to delays from the event.

1.15    J.S. Held does not consider these links are related to the event. As such, J.S. Held has added them to the Pre-Event Schedule. Once added, the TCO in the pre-event schedule is revised to June 10, 2022.

700 EDGEWATER – MISSONI BAIA
J.S. HELD REPORT
DoL – APRIL 4, 2021



## 2.0   INTRODUCTION

2.1   700 Edgewater Development contracted with Ant Yapi/Civic Joint Venture, LLC ("Contractor") for the construction of the Mission Baia Tower project in Miami, Florida. The Project involved the construction of a 60-story condominium tower containing 249 residences as well as amenity spaces on floors 6 & 7.

2.2   On April 4, 2021, differential settlement of the building was observed. By April 4, 2021, curtainwall had been installed from floor 8-36. After investigations, it was decided sections of the curtainwall installation to floors 8-36 would need to be replaced. In addition, repairs to damaged contract works and areas of the concrete structure on level 6 were necessary due to the differential settlement.

2.3   Prior to the Event, the most recent schedule update of February 25, 2021 forecast a TCO date of February 10, 2022. J.S. Held has been informed that the Project achieved TCO on June 9, 2023. This provides for a total delay of 16 months from the February 10, 2022 pre-event TCO date.

2.4   In April of 2025, Imperium submitted a revised delay in completion claim of 16 months. The 16-month completion date delay is comprised of 13.4 months completion date delay caused by repairs to the curtainwall and an additional 2.3 months delay to repair concrete damage around the mega columns on level 6.

2.5   J.S. Held has been requested to review the documents provided and determine the delay to the June 9, 2023 TCO from the repair of damage caused by the differential settlement.

2.6   J.S. Held provided its initial RFI in October 2022. As of the date of this report, information remains outstanding from the J.S. Held RFI. In particular, contemporaneous documents such as progress reports, meeting minutes, photos, daily reports have not been provided for a significant period of the post Event construction.

2.7   J.S. Held has based its opinions in this report on its analysis of the documentation provided to-date. J.S. Held reserves the right to supplement or alter any opinions detailed within this report should new information be made available.

© 2025 J.S. HELD, LLC

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**



## 3.0   THE APRIL 4, 2021 DIFFERENTIAL SETTLEMENT EVENT

3.1     On April 4, 2021, differential settlement was noted by the Contractor. Settlement had been noted prior to April 4, 2021, but by April 2021, the Contractor was noticing hairline cracks in slabs, and due to observed variance in floor levels stopped the installation of the curtainwall, and interior contract works to some of the units.

3.2     In the months that followed, investigations into the settlement and damages were carried out. After evaluation of the structure and monitoring of the settlement, it was decided repairs were needed to the sections of the installed curtainwall from floors 8-36. In addition, there were installed finishes that were damaged by the settlement and structural damage on level 6 that required remediation. A description of the repairs to each area is detailed below.

### Curtainwall

3.3     Paramount Consulting & Engineering ("PCE") reviewed the installation of the curtainwall and concluded that the SE curtainwall panels needed to be replaced. Ready Windows issued CO #11 for $2.7m on July 23, 2021 for the removal and installation of a new curtainwall system for floors 8 to 36 at the SE corner of the building. See diagram & photo[2] below for curtainwall to be removed from the south elevation and replaced:

---

[2] Photo is from a file dated 11-10-21 where some of the lower floor curtainwall has already been replaced – no earlier photos were provided.



Removal & Reinstallation of CW to SE

3.4    Ready Windows also issued CO #15 for $1m on November 19, 2021 for additional works required to the NE, NW, SW and SE elevations.

## Repairs to Installed Interior Finishes

3.5    Due to the Event, installed finishes were damaged and required re-work or replacement. The scopes of repair were tile, painting and drywall. The descriptions and total values of the repairs to the finishes are listed in the table below:[3]

---

[3] As per the claim reconciliation dated January 31, 2025. Excludes delay costs such as Crane rental, escalation, GC / GR items.

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**



| Subcontractor | Description of Repair Work | Claimed Cost |
|---|---|---|
| Everlast Drywall | Drywall Repairs | $ 496,793 |
| Citi | Tile / Stone replacement | $ 3,288,683 |
| Vico | Painting repaired walls & ceilings | $ 353,574 |
| Artistic San Rafael Doors | Door cutting. | $ 12,350 |
| Sprinklermatic | Relocating Sprinkler heads | $ 34,808 |
| Certified Pool Mechanics | Level 6 Pool Alterations | $ 66,079 |
| John Bell | Crack Repair | $ 1,830 |
| PSN Contracting, LLC | Level 6 Pool Pool Towe Topping Slab | $ 55,138 |
| Suncor | Address Gap in Metal Deck | $ 12,717 |
| | **Total** | **4,321,972** |

3.6     Measures were taken by the Contractor to allow the installation of the Contract works to continue alongside the repairs from the event. The payment requisitions provided show the value of the contract work installed increased $110m, from $90m in March 2021 to $200m in August 2022.

3.7     The schedule shows the repairs to the interiors being carried out in the same time period, commencing in October 2021 and completing in August 2022.

## Level 6 Slab Remediation

3.8     CO# 77L for $171,524 was issued to G&E Florida Contractors, LLC on August 27, 2021 to address cracking of the 6th floor slab around the mega columns on the 6th floor. Pay application #42 for September 2022 shows 100% completion of the repairs were achieved that month.



## 4.0   IMPERIUM DELAY IN COMPLETION CLAIM

4.1   In April 2024, Imperium submitted a delay in completion claim of 10.8 months. The 10.8 months was comprised of 8.4 months delay to the completion of the curtainwall and 2.4 months from repairs to the interiors once the curtainwall repairs were complete.

4.2   Imperium updated their claim in an April 11, 2025 report, increasing the delay in completion claim to 16 months. Imperium revised the curtainwall delay from 8.4 months to 13.4 months. Imperium's revised figure of 13.4 months was not based on any new information or documentation. Imperium increased the delay due to the curtainwall by using a calculated curtainwall repair period, rather than measuring the delay to the completion of the curtainwall as they had previously.

4.3   Imperium now state 2.3 months of delay are related to the repairs to the level 6 mega columns after completion of the curtainwall. Imperium now do not reference any completion date delay caused by the repairs to the interiors after the impact of the curtainwall delay is over.

4.4   The total 16-month delay calculated by Imperium is between April 4, 2021 and September 30, 2022 and can be broken down as below:

- 13.4-month repair period to curtainwall from April 4, 2021 to May 15, 2022 that delayed removal of the hoist.
- 2.3-month repair period to the mega columns on level 6 from July 24, 2022 to September 30, 2022, after removal of the hoist.

4.5   The diagram below from Imperium's report summarizes their current delay in completion claim:

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**







# 5.0   PRE-EVENT SCHEDULE FORECAST TCO DATE

## Pre-Event Schedule Critical Path

5.1   Prior to the reporting of the differential settlement by the Contractor on April 4, 2021, the latest schedule update was dated February 25, 2021. In that schedule the TCO was forecast as February 10, 2022. The critical path in the schedule goes through the completion of the tower structure, rough-in to floors 55-58, install cooling tower and associated pipework on the 58th floor, and then start of commissioning for TCO for floors 38-57. A summary of the critical path in the Pre-Event Schedule is shown below:



## July 31, 2021 Schedule Update

5.2   The 1st schedule update after the Event is dated July 31, 2021. In that schedule, the completion date is delayed 6 months to August 10, 2022. When reviewing the critical path it is apparent the Contractor has revised the schedule logic between the completion of specific activities to floors 38-60 and the start of systems start-up for those floors that were missing from the February 25, 2021 schedule.

© 2025 J.S. HELD, LLC



5.3   For instance, the M/E/P/FP equipment start-up activity that previously was only linked to HVAC up to floor 37 has now been linked to startup of HVAC from floors 38-56. See extract from the schedule below:



5.4   The final plumbing inspections are now dependent upon completion of the plumbing inspections up to floor 57:



5.5   The same process has been repeated with punch outs of the floors prior to PRE-TCO inspections and fire inspections to the floors prior to final fire sprinkler inspections. The links added to the schedule are not related to the event and cause additional delay to the forecast completion date.

5.6   J.S. Held cannot see any reason why these links should be in the post-Event schedule and not in the Pre-Event Schedule. As such, J.S. Held has added the same logic links that the Contractor added to the July 2021 schedule update to the Pre-Event Schedule update. The result pushes the TCO 2 date from February 10, 2022 to June 10, 2022. The revised critical path with the logic revisions added is shown below:

© 2025 J.S. HELD, LLC

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**





5.7     A revised TCO 2 date of June 10, 2024 allows time for the removal of the hoist, enclosure of the building once the hoist is removed and completion of finishes to the hoist run areas prior to TCO.

5.8     Neither hoist removal, nor permanent power are present in the Pre-Event Schedule. By Imperium's calculation, the hoist would not have been removed until December 2021 had the differential settlement not occurred. Permanent Power was not achieved at the Project until June 2022 but as it is not in the Pre-Event Schedule.

© 2025 J.S. HELD, LLC

700 EDGEWATER – MISSONI BAIA
J.S. HELD REPORT
DoL – APRIL 4, 2021



# 6.0   J.S. HELD DELAY IN COMPLETION ANALYSIS

## Methodology

6.1   To identify the causes and quantify the delay to the June 9, 2023 TCO date caused by the event, J.S. Held has carried out an As-Planned v. As-Built analysis on the completion of the floors required to achieve TCO on June 9, 2023.

6.2   J.S. Held has used the February 25, 2021 schedule update as the 'As-Planned' schedule. J.S. Held has then reviewed the actual progress recorded in subsequent schedule updates or other contemporaneous documents to determine the 'As-Built' dates. J.S. Held has then compared the As-Built dates with the As-Planned dates and determined the impact to the completion date from any Event related delays.

6.3   J.S. Held has analyzed the time periods where repairs were required due to the Event and addressed whether there was any delay to the June 9, 2023 TCO from those repairs in the sections below.

## Curtainwall Delays

### As-Planned Forecast

6.4   Prior to the event, the Pre-Event Schedule shows curtainwall and window wall had been installed up to the 36th floor. The schedule update of February 15, 2021 shows that the curtainwall installation was forecast to be complete on July 15, 2021 with window walls completing on August 28, 2021. This is acknowledged by Imperium in their report.

6.5   Per the logic in the schedule, the start of drywall to the floors (and subsequent follow-on interior finishes) required the installation of both the curtainwall and window walls to the relevant floor. This is acknowledged by Imperium in paragraph 39 of their report (see extract below).

> • Exterior Finishes
>   – *Glass / Curtainwall* installation was ongoing at the 30th and 31st Floor.
>   – The critical projected completion date for *Glass Curtainwall* and *Window Wall / Sliding Doors* was August 27, 2021.
>   – Per the plan, the start of drywall installation followed completion of exterior *Glass / Curtainwall* and *Window Wall* activities.

© 2025 J.S. HELD, LLC



6.6     Curtainwall was being installed from the 8th floor upwards. As such, the curtainwall to the high floors was the last to be installed. This meant the drywall installation to the highest floors was forecast to be the last to commence in the Pre-Event Schedule. The forecast start date of drywall activities that had not commenced as of April 4, 2021, are listed in the table below:

| February 25, 2021 Schedule Update | | |
|---|---|---|
| Level | Activity | Start Date |
| 23 | DRYWALL -WALLS & CEILING(UNITS) - 23RD FLR | 7-Apr-21 |
| 24 | DRYWALL- WALLS & CEILING  (UNITS) - 24TH FLR | 16-Apr-21 |
| 25 | DRYWALL - WALLS & CEILINGS (UNITS)- 25TH FLR | 16-Apr-21 |
| 26 | DRYWALL - WALLS & CEILINGS  (UNITS) - 26TH FLR | 23-Apr-21 |
| 27 | DRYWALL -WALLS & CEILINGS (UNITS) - 27TH FLR | 23-Apr-21 |
| 28 | DRYWALL- WALLS & CEILINGS  (UNITS) - 28TH FLR | 26-Apr-21 |
| 29 | DRYWALL- WALLS & CEILING (UNITS)  - 29TH FLR | 28-Apr-21 |
| 30 | DRYWALL - WALLS & CEILINGS  (UNITS) - 30TH FLR | 7-May-21 |
| 31 | DRYWALL- WALLS & CEILINGS  (UNITS) - 31ST FLR | 12-May-21 |
| 32 | DRYWALL- WALLS & CEILING  (UNITS) - 32ND FLR | 14-May-21 |
| 33 | DRYWALL- WALLS & CEILINGS (UNITS) - 33RD FLR | 7-Jun-21 |
| 34 | DRYWALL- WALLS & CEILING  (UNITS) - 34TH FLR | 7-Jun-21 |
| 35 | DRYWALL- WALLS & CEILINGS (UNITS) - 35TH FLR | 9-Jun-21 |
| 36 | DRYWALL - WALLS & CEILINGS UNITS - 36TH FLR | 11-Jun-21 |
| 38 | DRYWALL- WALLS & CEILING (UNITS) - 38TH FLR | 15-Jun-21 |
| 39 | DRYWALL- WALLS & CEILINGS  (UNITS) - 39TH FLR | 17-Jun-21 |
| 40 | DRYWALL- WALLS & CEILINGS (UNITS) - 40TH FLR | 17-Jun-21 |
| 41 | DRYWALL- WALLS & CEILING (UNITS) - 41ST FLR | 1-Jul-21 |
| 42 | DRYWALL - WALLS & CEILING (UNITS)  - 42ND FLR | 1-Jul-21 |
| 43 | DRYWALL- WALLS & CEILING (UNITS) - 43RD FLR | 8-Jul-21 |
| 44 | DRYWALL- WALLS & CEILING (UNITS) - 44TH FLR | 12-Jul-21 |
| 45 | DRYWALL- WALLS & CEILING (UNITS) - 45TH FLR | 21-Jul-21 |
| 46 | DRYWALL - WALLS & CEILING (UNITS) - 46TH FLR | 21-Jul-21 |
| 47 | DRYWALL- WALLS & CEILING (UNITS) - 47TH FLR | 21-Jul-21 |
| 48 | DRYWALL- WALLS & CEILING (UNITS) - 48TH FLR | 28-Jul-21 |
| 49 | DRYWALL - WALLS & CEILING (UNITS) - 49TH FLR | 28-Jul-21 |
| 50 | DRYWALL- WALLS & CEILING (UNITS) - 50TH FLR | 28-Jul-21 |
| 51 | DRYWALL - WALLS & CEILING (UNITS) - 51ST FLR | 28-Jul-21 |
| 52 | DRYWALL - WALLS & CEILING (UNITS)  - 52ND FLR | 2-Aug-21 |
| 53 | DRYWALL- WALLS & CEILING (UNITS)  - 53RD FLR | 6-Aug-21 |
| 54 | DRYWALL- WALLS & CEILING (UNITS) - 54TH FLR | 12-Aug-21 |
| 55 | DRYWALL- WALLS & CEILINGS  (UNITS) - 55TH FLR | 18-Aug-21 |
| 56 | DRYWALL- WALLS & CEILING  (UNITS) - 56TH FLR | 30-Jul-21 |
| 57 | DRYWALL- WALLS & CEILING  (UNITS) - 57TH FLR | 6-Aug-21 |

6.7     With the drywall being a direct successor to the completion of the curtainwall and window wall, J.S. Held would expect any delay to curtainwall completion would result in a similar delay to the installation of the drywall.



### As-Built Dates

6.8    Ready Windows issued CO #11 for $2.7m on July 23, 2021 for the removal and installation of a new curtainwall system for floors 8 to 36 at the SE corner of the building. J.S. Held was provided with the following picture in a folder dated 12-06-2021 showing the SE curtainwall replaced up to floor 36 by this date.



Curtainwall up to Floor 36 replaced

6.9    Ready Windows issued CO #15 for $1m on November 19, 2021 for additional works required to the NE, NW, SW and SE elevations. J.S. Held has been provided with the inspection records from PCE that were carried out after the repair work to verify installation complied with the Submittal #3 Tower Shop Drawings Level 8-35. The PEC inspection reports provided show the following re-inspection and completion dates for the glazing per floor as per the table below:

**700 EDGEWATER – MISSONI BAIA**
**J.S. HELD REPORT**
**DoL – APRIL 4, 2021**



| Report No. | Level | Final Inspection Date |
|---|---|---|
| 11 | 8-9 | 29-Jul-21 |
| 12 | 10-12 | 29-Jul-21 |
| 13 | 14-15 | 6-Dec-21 |
| 14 | 16-17 | 6-Dec-21 |
| 15 | 18-19 | 12-Jun-21 |
| 16 | 20-21 | 6-Dec-21 |
| 17 | 22-23 | 6-Dec-21 |
| 18 | 24-35 | 6-Dec-21 |
| 19 | 26-27 | 22-Dec-21 |
| 20 | 28-29 | 22-Dec-21 |
| 21 | 30-31 | 22-Dec-21 |
| 22 | 32-33 | 13-Jan-22 |
| 23 | 34-35 | 13-Jan-22 |
| 24 | 36 | 23-Mar-22 |

6.10   All floors up to level 35 are complete by January 13, 2022. A completion date of March 23, 2022 for level 36 would provide for a total repair period to the curtainwall and window walls of level 36 of approximately 12 months.

6.11   During the installation of the replacement curtainwall to floors 8-36, the installation of the curtainwall that had not been installed at the time of the Event continued. The Project schedule update dated March 29, 2022 shows installation of the curtainwall and window wall to floors 38-53 had completed by January 2022 and floors 54-57 were in the process of being installed.

6.12   The table below shows the dates in the March 29, 2022 schedule update for curtainwall and window wall installation for the floors that were not installed at the time of the Event:

© 2025 J.S. HELD, LLC



| Level | Curtainwall | | Window Wall | |
|---|---|---|---|---|
| | Start | Finish | Start | Finish |
| 38 | 02-Jun-21 | 22-Jul-21 | 02-Jun-21 | 05-Nov-21 |
| 39 | 09-Jun-21 | 22-Jul-21 | 09-Jun-21 | 05-Nov-21 |
| 40 | 16-Jun-21 | 22-Jul-21 | 16-Jun-21 | 05-Nov-21 |
| 41 | 21-Jun-21 | 22-Jul-21 | 21-Jun-21 | 05-Nov-21 |
| 42 | 23-Jun-21 | 22-Jul-21 | 23-Jun-21 | 05-Nov-21 |
| 43 | 24-Jun-21 | 23-Jul-21 | 24-Jun-21 | 05-Nov-21 |
| 44 | 25-Jun-21 | 23-Jul-21 | 25-Jun-21 | 08-Nov-21 |
| 45 | 28-Jun-21 | 23-Jul-21 | 28-Jun-21 | 09-Nov-21 |
| 46 | 29-Jun-21 | 27-Jul-21 | 30-Jun-21 | 10-Nov-21 |
| 47 | 19-Jul-21 | 27-Jul-21 | 10-Jan-22 | 17-Jan-22 |
| 48 | 19-Jul-21 | 27-Jul-21 | 13-Jan-22 | 20-Jan-22 |
| 49 | 19-Jul-21 | 28-Dec-21 | 13-Jan-22 | 20-Jan-22 |
| 50 | 20-Jul-21 | 11-Jan-22 | 13-Jan-22 | 20-Jan-22 |
| 51 | 10-Jan-22 | 17-Jan-22 | 10-Jan-22 | 17-Jan-22 |
| 52 | 10-Jan-22 | 20-Jan-22 | 10-Jan-22 | 17-Jan-22 |
| 53 | 13-Jan-22 | 17-Jan-22 | 10-Jan-22 | 17-Jan-22 |
| 54 | 13-Jan-22 | 29-Mar-22 | 13-Jan-22 | 29-Mar-22 |
| 55 | 13-Jan-22 | 29-Mar-22 | 13-Jan-22 | 29-Mar-22 |
| 56 | 17-Jan-22 | 29-Mar-22 | 17-Jan-22 | 29-Mar-22 |
| 57 | 03-Mar-22 | 05-Apr-22 | 03-Mar-22 | 05-Apr-22 |

6.13   As previously stated, to commence the drywall installation, the schedule shows that curtainwall needed to be installed. If the curtainwall had a critical delay of 14 months as claimed by Imperium, it would be logical to see a similar delay to the drywall as a successor activity. Below is a comparison of the drywall commencement dates per floor from the As-Planned schedule against actual start date in the March 29, 2022 schedule.

700 EDGEWATER – MISSONI BAIA
J.S. HELD REPORT
DoL – APRIL 4, 2021



| Activity Name | Planned | Actual | Delay |
|---|---|---|---|
| DRYWALL -WALLS & CEILINGS (UNITS) - 27TH FLR | 23-Apr-21 | 12-Jul-21 | 80 |
| DRYWALL- WALLS & CEILINGS  (UNITS) - 28TH FLR | 26-Apr-21 | 12-Jul-21 | 77 |
| DRYWALL- WALLS & CEILING (UNITS)  - 29TH FLR | 28-Apr-21 | 14-Jul-21 | 77 |
| DRYWALL - WALLS & CEILINGS  (UNITS) - 30TH FLR | 7-May-21 | 14-Jul-21 | 68 |
| DRYWALL- WALLS & CEILINGS  (UNITS) - 31ST FLR | 12-May-21 | 19-Jul-21 | 68 |
| DRYWALL- WALLS & CEILING  (UNITS) - 32ND FLR | 14-May-21 | 19-Jul-21 | 66 |
| DRYWALL- WALLS & CEILINGS (UNITS) - 33RD FLR | 7-Jun-21 | 19-Jul-21 | 42 |
| DRYWALL- WALLS & CEILING  (UNITS) - 34TH FLR | 7-Jun-21 | 20-Jul-21 | 43 |
| DRYWALL- WALLS & CEILINGS (UNITS) - 35TH FLR | 9-Jun-21 | 30-Jul-21 | 51 |
| DRYWALL - WALLS & CEILINGS UNITS - 36TH FLR | 11-Jun-21 | 10-Mar-22 | 272 |
| DRYWALL- WALLS & CEILING (UNITS) - 38TH FLR | 15-Jun-21 | 13-Dec-21 | 181 |
| DRYWALL- WALLS & CEILINGS  (UNITS) - 39TH FLR | 17-Jun-21 | 20-Dec-21 | 186 |
| DRYWALL- WALLS & CEILINGS (UNITS) - 40TH FLR | 17-Jun-21 | 20-Dec-21 | 186 |
| DRYWALL- WALLS & CEILING (UNITS) - 41ST FLR | 1-Jul-21 | 20-Dec-21 | 172 |
| DRYWALL - WALLS & CEILING (UNITS)  - 42ND FLR | 1-Jul-21 | 20-Dec-21 | 172 |
| DRYWALL- WALLS & CEILING (UNITS) - 43RD FLR | 8-Jul-21 | 13-Jan-22 | 189 |
| DRYWALL- WALLS & CEILING (UNITS) - 44TH FLR | 12-Jul-21 | 17-Jan-22 | 189 |
| DRYWALL- WALLS & CEILING (UNITS) - 45TH FLR | 21-Jul-21 | 17-Jan-22 | 180 |
| DRYWALL - WALLS & CEILING (UNITS) - 46TH FLR | 21-Jul-21 | 17-Jan-22 | 180 |
| DRYWALL- WALLS & CEILING (UNITS) - 47TH FLR | 21-Jul-21 | 17-Jan-22 | 180 |
| DRYWALL- WALLS & CEILING (UNITS) - 48TH FLR | 28-Jul-21 | 18-Jan-22 | 174 |
| DRYWALL - WALLS & CEILING (UNITS) - 49TH FLR | 28-Jul-21 | 21-Jan-22 | 177 |
| DRYWALL- WALLS & CEILING (UNITS) - 50TH FLR | 28-Jul-21 | 21-Jan-22 | 177 |
| DRYWALL - WALLS & CEILING (UNITS) - 51ST FLR | 28-Jul-21 | 21-Mar-22 | 236 |
| DRYWALL - WALLS & CEILING (UNITS)  - 52ND FLR | 2-Aug-21 | 21-Mar-22 | 231 |
| DRYWALL- WALLS & CEILING (UNITS)  - 53RD FLR | 6-Aug-21 | 22-Mar-22 | 228 |
| DRYWALL- WALLS & CEILING (UNITS) - 54TH FLR | 12-Aug-21 | 23-Mar-22 | 223 |
| DRYWALL- WALLS & CEILINGS  (UNITS) - 55TH FLR | 18-Aug-21 | 26-Mar-22 | 220 |
| DRYWALL- WALLS & CEILING  (UNITS) - 56TH FLR | 30-Jul-21 | 26-Mar-22 | 239 |
| DRYWALL- WALLS & CEILING  (UNITS) - 57TH FLR | 6-Aug-21 | 12-Dec-22 | 493 |

6.14    Based on the as-built information provided, the commencement of drywall to the higher floors is the last to commence at the end of March 2022. This is in line with the forecast in the Pre-Event Schedule and installation of the curtainwall to the high floors in March 2022.

6.15    The 51st floor has a delay of 8 months (236 days) to the drywall installation against the dates in the February 25, 2021 schedule update. This is also consistent with the 8-month delay to the completion of the curtainwall measured by Imperium in its April 2024 analysis.

6.16    Floor 57 is the Penthouse floor and drywall installation does not commence until December 12, 2022 on that floor. The schedule shows the reason for the delay to the Penthouse floors is a 9-month delay to the metal framing which did not commence until December 12, 2022.

700 EDGEWATER – MISSONI BAIA
J.S. HELD REPORT
DoL – APRIL 4, 2021



6.17   There is nothing in the documentation provided that identifies that the reason the 57th floor framing was delayed 9 months was due to the settlement event and Imperium do not reference any delay to the 57th floor framing from the Event in their report.

**Conclusion**

6.18   Based on the information in the Imperium report, Imperium defined what it considers the repair period (i.e. how long the repairs took) of the curtainwall and stated this is critical delay. This is a change from the approach Imperium previously took in their April 2024 analysis where Imperium calculated a delay in completion of 8.4 months due to the delay in completion of the curtainwall.

6.19   J.S. Held's analysis of the schedules and project record shows that while the total repair period to the 36th floor was 12 months, 8 months of delay was caused to the start of drywall installation from repairing damage to the curtainwall. The diagram below summarizes the Imperium and J.S. Held position:



© 2025 J.S. HELD, LLC



6.20    J.S. Held considers that the Pre-Event forecast completion date should be adjusted to June 10, 2022. With the 8-month delay from the repair of the curtainwall to the start of drywall installation, J.S. Held considers that by March 29, 2022 the Project TCO would be 236 days later on February 1, 2023.

## Installation of Interior Finish Works Once Drywall Commences

6.21    From March 29, 2022 onwards, the installation of the contract works to the floors drives the June 9, 2023 TCO. J.S. Held cannot identify any delay to the installation of the interiors from repairing damage due to the Event after March 29, 2022. The schedule updates after March 29, 2022 show repairs completing on the following dates:

| Data Date | Repairs Complete | Days Remaining |
|---|---|---|
| 29-Mar-22 | 4-Apr-22 | 6 |
| 27-May-22 | 28-May-22 | 1 |
| 15-Jul-22 | 16-Jul-22 | 1 |
| 7-Oct-22 | 11-Aug-22 | 0 |

6.22    The schedules show that after March 29, 2022, the repairs were forecast to complete within one week. For subsequent schedule updates, the repairs only showed 1 day remaining.

6.23    From March 29, 2022 onwards, the minimal repair time forecast compared to the value of the remaining contract work being installed indicates that the repairs would not be causing a delay to the TCO in this period. There is nothing in the schedules or other documents provided that identifies a link between the repair of damage to the floors and delays to the installation of the contract works for TCO after the drywall commences on the floors.

## Kitchen Cabinet Installation

6.24    Imperium state in their report that the event delayed the curtainwall 14 months, and that in-turn delayed the dry-in and subsequent follow-on finishes such as drywall and kitchen cabinets. Imperium reference a table where they compare actual installation of kitchen cabinets against planned dates from the Pre-Event Schedule update. Imperium state that



the delays range from 7-10 months apart from floor 56 where the delay claimed is 16 months.

6.25    Imperium do not attempt to explain why with a 14-month curtainwall delay the total delay to the kitchen cabinets on all floors other than 56 would be significantly less, nor why the 56th floor alone would be delayed 16 months when all other floors are delayed 7-10 months. Imperium just equates the delays to 56th floor to the delay they claim from the Event.

6.26    J.S. Held has compared the kitchen cabinet installation date in the Pre-Event Schedule against the installation dates in the March 29, 2022 schedule once the curtainwall impact to the drywall has completed. The delays are consistent with the 8-month delay to drywall installation. The table below summarizes.

| Activity Name | Planned | 3/29/2022 Schedule | Delay |
|---|---|---|---|
| KITCHEN CABINETS - 36TH FLR | 26-Aug-21 | 23-Mar-22 | 209 |
| KITCHEN CABINETS - 38TH FLR | 26-Aug-21 | 16-Mar-22 | 202 |
| KITCHEN CABINETS - 39TH FLR | 30-Aug-21 | 18-Apr-22 | 231 |
| KITCHEN CABINETS- 40TH FLR | 30-Aug-21 | 19-Apr-22 | 232 |
| KITCHEN CABINETS- 41ST FLR | 3-Sep-21 | 19-Apr-22 | 228 |
| KITCHEN CABINETS- 42ND FLR | 10-Sep-21 | 25-Apr-22 | 227 |
| KITCHEN CABINETS - 43RD FLR | 10-Sep-21 | 25-Apr-22 | 227 |
| KITCHEN CABINETS- 44TH FLR | 16-Sep-21 | 25-Apr-22 | 221 |
| KITCHEN CABINETS- 45TH FLR | 16-Sep-21 | 25-Apr-22 | 221 |
| KITCHEN CABINETS - 46TH FLR | 22-Sep-21 | 25-Apr-22 | 215 |
| KITCHEN CABINETS- 47TH FLR | 22-Sep-21 | 25-Apr-22 | 215 |
| KITCHEN CABINETS- 48TH FLR | 28-Sep-21 | 25-Apr-22 | 209 |
| KITCHEN CABINETS - 49TH FLR | 28-Sep-21 | 26-Apr-22 | 210 |
| KITCHEN CABINETS - 50TH FLR | 8-Sep-21 | 26-Apr-22 | 230 |
| KITCHEN CABINETS- 51ST FLR | 14-Sep-21 | 3-May-22 | 231 |
| KITCHEN CABINETS- 52ND FLR | 20-Sep-21 | 16-May-22 | 238 |
| KITCHEN CABINETS- 53RD FLR | 20-Sep-21 | 16-May-22 | 238 |
| KITCHEN CABINETS - 54TH FLR | 24-Sep-21 | 16-May-22 | 234 |
| KITCHEN CABINETS- 55TH FLR | 27-Sep-21 | 31-May-22 | 246 |
| KITCHEN CABINETS- 56TH FLR | 1-Oct-21 | 31-May-22 | 242 |
| KITCHEN CABINETS- 57TH FLR | 7-Oct-21 | 31-May-22 | 236 |

6.27    As discussed above, J.S. Held cannot identify any delay to the installation of the interiors from repairing damage due to the event, other than the 8-month delay to the curtainwall.

## Hoist Removal

6.28    Imperium states that the removal of the hoist drove the critical path of the project and was delayed by delays to curtainwall caused by the Event. Imperium acknowledges that



the removal of the hoist was not in the Pre-Event Schedule update nor on the critical path in any of the subsequent schedule updates.

6.29    Imperium referenced the payment applications as evidence of both when the hoist was due to be removed and when it was actually removed. J.S. Held reviewed the payment applications and found that the hoist reached 100% in December 2021. However, the $20,000 dismantle cost was not incurred until the June 2022 pay application. The conclusion being that the hoist should have been dismantled in December 2021 but was not until 6 months later in June 2022.

6.30    A 6-month delay to the hoist removal is also consistent with the costs claimed as part of the hard costs. As part of the support provided for costs due to the event, USA hoist has claimed hoist extension of 6 months for the additional rental time related to the Event.

## Level 6 Repairs

6.31    Imperium claim the repairs of the level 6 mega column could not commence until the hoist was removed, and the hoist was delayed by the claimed 14-month delay to the curtainwall.

6.32    The payment applications show that level 6 repairs are finalized after the hoist is removed in July of 2022. Imperium state that the level 6 repairs drove the structural repairs to the level 6 slab that drove TCO inspections.

6.33    J.S. Held notes that the TCO on June 9, 2021 was achieved without the level 6 pool. In addition, there is nothing in the schedules or documents provided that detail how the repairs to the 6th floor mega columns in August and September of 2022 delayed the installation of the interior finishes to units and floors that achieved TCO on June 9, 2021.

## Sitework Delays

6.34    Imperium references in its report on pages 22 and 23 that the level 6 slab remediation work delayed the sitework 15 months. Imperium provides a comparison of the sitework in two schedule updates; the site work plan prior to the event, and then the same



activities in the December 2022 update. A comparison of the sitework completion milestone shows a delay from October 2021 to January 2023.

6.35    Imperium does not appear to allocate any critical delay to the delays to the sitework completion milestone in its report, nor does Imperium state how specific activities are delayed by the Event. J.S. Held notes that the sitework completion milestone is January 12, 2023, 6 months prior to the TCO. As such, J.S. Held does not consider any delays to the sitework, event related or not, critical to achieving Project completion on June 9, 2023.